# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:02-CR-116 |
| | ) | |
| ODELL CORLEY, a/k/a | ) | |
| Nasih Khalil Ra'id, a/k/a | ) | |
| Nasil K. Raid | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Petitioner's Motion for Appointment of Counsel at No Cost to the Court, filed by Petitioner, Odell Corley, on February 5, 2009.[1]  For the reasons set forth below, the Motion is **GRANTED**.  Accordingly, Attorney Michael Wiseman is **APPOINTED** to represent Defendant in a to-be-filed section 2255 petition with respect to Defendant's capital conviction and sentence.[2]  Attorney Wiseman is **DIRECTED** to assign at least two lawyers from his office who are also qualified to represent Mr. Corley and to have said lawyers seek admission *pro*

---

[1]This motion was made by the district's Federal Defender, who entered a limited appearance in this case solely to assist Defendant in obtaining counsel pursuant to Title 18 U.S.C. section 3599(a)(2).

[2]This appointment is made based in part upon Attorney Wiseman's representation that the CHU will not bill the Court for any fees or expenses related to their representation.

*hac vice* within thirty days of this Order.

Defendant, Odell Corley, was convicted by a jury of a number of charges, including capital murder, and was sentenced to death on October 27, 2004.  The convictions and sentence were affirmed by the United States Court of Appeals for the Seventh Circuit on direct appeal.  *United States v. Corley*, 519 F.3d 716 (7th Cir. 2008).  The United States Supreme Court denied Defendant's petition for certiorari on January 21, 2009.  *Corley v. United States*, 2009 WL 129160 (Jan. 21, 2009).  Thus, Defendant's conviction is final and he now wishes to challenge his convictions and sentence in a habeas corpus proceeding pursuant to 28 U.S.C. section 2255.

A defendant seeking to vacate or set aside a death sentence, who has determined to be financially unable to obtain adequate representation, such as Odell Corley, is entitled to the assignment of counsel to assist with the to-be-filed habeas corpus proceeding. 18 U.S.C. § 3599(a)(2).  After review of the instant motion, the Court finds that proposed counsel from the Capital Habeas Corpus Unit of the Federal Public Defender Office in Philadelphia, Pennsylvania is qualified to represent Defendant.

DATED:  February 6, 2009          /s/RUDY LOZANO, Judge
                                  **United States District Court**