**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

   **Plaintiff,**

**v.**            **CASE NUMBER: 3:02-CR-116**

**ODELL CORLEY, a/k/a**
**Nasih Khalil Ra' id, a/k/a**
**Nasil K. Raid**

   **Defendant.**

**MOTION TO WITHDRAW**

  Comes now Attorney Jerome T. Flynn and moves the court to withdraw as counsel for the defendant.  In support of this motion, the undersigned will show the following:

  1.  That on February 5, 2009, the undersigned counsel entered an appearance on behalf of the Defendant, Odell Corley, for the limited purpose of assisting Mr. Corley in obtaining counsel in a pending motion pursuant to 28 U.S.C. § 2255.

  2.  On February 6, 2009, the District Court appointed Attorney Michael Wiseman as counsel for Mr. Corley.  Since the undersigned counsel entered his appearance for the exclusive purpose of assisting Mr. Corley in obtaining counsel and since counsel has now been appointed, the undersigned counsel should be removed as counsel of record for Mr. Corley.

WHEREFORE, Attorney Jerome T. Flynn moves the court for an order granting this motion to withdraw as counsel for Mr. Corley.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    s/ Jerome T. Flynn
       Jerome T. Flynn
       31 East Sibley Street
       Hammond, IN   46320
       Phone:  (219) 937-8020
       Fax:  (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that, on   February 13, 2009  , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Randall M Stewart - AUSA
Randall.Stewart@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/ECF participants:

s/ Jerome T. Flynn

2