**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

v.                              CASE NUMBER: 3:02-CR-116

ODELL CORLEY, a/k/a
Nasih Khalil Ra' id, a/k/a
Nasil K. Raid

        Defendant.

## ORDER

The District Court, having reviewed attorney Jerome T. Flynn's Motion to Withdraw as counsel for defendant Odell Corley, hereby grants the same.  Since the District Court has appointed other counsel for Mr. Corley and since Mr. Flynn's entry of appearance was for the very limited purpose of assisting Mr. Corley in obtaining counsel, Mr. Flynn is no longer counsel of record for Mr. Corley.

ENTERED:  February 13, 2009

                         /s/ Rudy Lozano
                        HONORABLE JUDGE RUDY LOZANO
                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF INDIANA