FILED

2009 FEB 30  AM 10: 34

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, | : |  |
|  | : |  |
| Petitioner. | : |  |
|  | : |  |

**MOTION TO WAIVE *PRO HAC VICE* ADMISSION FEES**

Petitioner, ODELL CORLEY, through counsel, respectfully requests that this Court waive its *pro hac vice* admission fees in the above-captioned matter. In support of this request, Petitioner states the following:

Pursuant to this Court's February 6, 2009, Order, attorneys Billy H. Nolas and Jennifer Givens have filed herewith applications for admission to appear *pro hac vice* in the above-captioned matter. Both Nolas and Givens are Assistant Federal Defenders at the Federal Community Defender Office in Philadelphia, Pennsylvania. Our office is funded by a grant from the Administrative Office of the United States Courts. Petitioner Corley is indigent and this Court has granted Petitioner leave to proceed *in forma pauperis* in this matter.

1

In light of these facts, undersigned counsel respectfully request that this

Court waive the fees associated with each *pro hac vice* admission application.


Respectfully Submitted,

Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated:        February 27, 2009

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 27th day of February, 2009, I caused the foregoing Motion to be served on the following person by First Class United States Mail, postage prepaid:

BY FIRST CLASS MAIL, POSTAGE PRE-PAID

Randall M. Stewart, AUSA
U.S. Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

Billy H. Nolas