## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, | : |  |
|  | : |  |
| Petitioner. | : |  |

## ORDER

AND NOW, this 4th day of March, 2009 upon the Petitioner's Motion to Waive *Pro Hac Vice* Admission Fees, the Motion is GRANTED.

**SO ORDERED,**

S/Rudy Lozano

_____
Rudy Lozano
Judge, United States District Court