FILED

2009 JUN -4   AM 10: 08

ST.                    CLERK
U..                    URT
FOR THE ⸱.⸱ ⸱⸱.⸱ ⸱⸱STRICT
OF INDIANA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, a/k/a | : |  |
| Nasih Raid | : |  |
| Petitioner. | : |  |
|  | : |  |

### MOTION TO DISCLOSE SEALED PORTIONS OF THE COURT RECORD
### TO NEWLY APPOINTED COUNSEL

Petitioner, ODELL CORLEY, through counsel, respectfully requests this Court Order previously sealed portions of the record disclosed to counsel for Mr. Corley  In support of this request, Petitioner states the following:

1.  Pursuant to this Court's February 6, 2009 Order appointing the Federal Community Defender Office in Philadelphia, Pennsylvania as post-conviction counsel for Mr. Corley, Assistant Federal Defenders Billy H. Nolas and Jennifer Givens have entered their appearance in this matter.

2.  Attorney Givens has traveled to the Northern District of Indiana for the purpose of viewing the court record and trial exhibits.  Attorney Givens is

1

presently in Indiana and will remain there through June 4, 2009. Attorney Givens has discovered during this visit to the Northern District of Indiana that large portions of the record, including trial exhibits, have been sealed.

3. In order to properly represent Mr. Corley in the instant 2255 proceedings, newly appointed counsel for Mr. Corley needs access to all court records and all exhibits relating to Mr. Corley's case.

WHEREFORE, Petitioner respectfully requests this Honorable Court Order the sealed portions of the records and exhibits disclosed to undersigned counsel.


Respectfully Submitted,

Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated: June 3, 2009

2

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 3rd day of June, 2009, I caused the foregoing Motion to be served on the following person by next day Federal Express.

### BY FIRST CLASS MAIL, POSTAGE PRE-PAID

Randall M. Stewart, AUSA
U.S. Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

Billy H. Nolas