UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CAUSE NO.3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| "NASIH KHALIL RA'ID" | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE
SEALED PORTIONS OF THE COURT RECORD TO NEWLY APPOINTED COUNSEL**

Comes now the United States of America by David Capp, United States Attorney,

through Assistant United States Attorney Randall M. Stewart, and responds to the Defendant's

Motion To Disclose as follows:

1.     The defendant's newly appointed counsel for purposes of proceeding in Section

2255 litigation is seeking to unseal those records and exhibits which prior to

appointment had been sealed by Order of this Court.

2.     The government does not oppose said Motion or the unsealing of said documents,

records and exhibits.

Wherefore, the government does not object to this Honorable Court granting defendant's

Motion.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

S/Randall M. Stewart
Randall M. Stewart
Assistant United States Attorney
Internet Address:Randall.Stewart@usdoj.gov

*Certificate of Service*

I hereby certified that on June 29, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Billy_Nolas@fd.org
Jennifer_Givens@fd.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**None**

S/Lorene B. Nelson
Lorene B. Nelson
Legal Assistant