**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
| | : | |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. RUDY LOZANO, USDJ |
| | : | |
| ODELL CORLEY, | : | |
| | : | |
| Petitioner. | : | |

### ORDER

AND NOW, this 29th day of ___June___, 2009 upon the Petitioner's
**MOTION TO DISCLOSE SEALED PORTIONS OF THE COURT RECORD
TO NEWLY APPOINTED COUNSEL**, the Motion is hereby is GRANTED.

**SO ORDERED,**

S/Rudy Lozano
_____
Rudy Lozano
Judge, United States District Court