## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____ :
                              :

UNITED STATES OF AMERICA,    :       No. 3:02-CR-116
                              :

         Respondent    :   **CAPITAL 2255 PROCEEDINGS**
                              :

       -v-          :   HON. RUDY LOZANO, USDJ
                              :

ODELL CORLEY, a/k/a       :
Nasih Raid                 :
         Petitioner.    :
_____ :

### <u>Motion To Obtain A Copy Of Government's Exhibit Number 85</u>

Petitioner, ODELL CORLEY, through counsel, respectfully requests this Court Order that a copy of Government's Exhibit 85 be made available to Mr. Corley. In support of this request, Petitioner states the following:

1. Pursuant to this Court's June 30, 2009, Order directing that newly appointed habeas counsel be provided access to all sealed documents and exhibits in the above-captioned case, undersigned counsel recently traveled back to the Court Clerk's Office in South Bend, Indiana, where the record is currently housed.

2. Based on Mr. Corley's review of the transcript and the record in the case, there are a number of DVDs that were entered into evidence at trial. Among them is Government's Exhibit Number 85, which is the DVD of the Pines Bank

1

robbery/shootings that was played for the jury at trial.  While at the Clerk's Office on July 20 and 21, 2009, undersigned counsel attempted to make copies of these DVDs on her computer.  She was able to copy all of the DVDs except Exhibit 85, which was ejected from her computer after being played for several seconds. Counsel's computer issued an error message each time an attempt was made to copy this Exhibit.  Upon inspection by counsel, the DVD appeared to be scratched in several places.

3.  Undersigned counsel contacted opposing counsel to determine whether he possessed a copy of this Exhibit and if so, whether she could make a copy while she was in Indiana.  Opposing counsel indicated that while he may have a copy of this Exhibit, he would prefer that we seek the Court's assistance in obtaining our own copy.  Accordingly, Mr. Corley hereby requests that the Court assist him in obtaining a copy of this critical piece of evidence.

4.  Opposing counsel suggested that Mr. Corley seek appointment of an expert capable of inspecting the DVD currently in evidence.  Presumably such an expert can determine whether the DVD is fatally corrupted or whether it is possible to make a copy of Exhibit 85 by using equipment other than undersigned counsel's laptop computer.  Mr. Corley has no objection to pursuing this course of action, though he is concerned about further delay in obtaining access to this

Exhibit.

5.  For purposes of Mr. Corley's pre-motion investigation, however, he is not opposed to obtaining the copy of Exhibit 85 currently in the Government's possession, as this might be the most expedient course of action.  Mr. Corley is open to any other suggestions the Court or opposing counsel may have, but requests that the Court expedite consideration of Mr. Corley's request, as time is of the essence.[1]  As Mr. Corley previously has explained to the Court, undersigned counsel requires access to all exhibits in order to properly investigate and prepare Mr. Corley's § 2255 motion.  The Government's Exhibit 85 is undoubtedly one of the most important pieces of evidence in the case and is integral to Mr. Corley's investigation at this stage of the proceedings.

---

[1]Counsel for Mr. Corley is willing to return to Indiana to view and copy the DVD at either the Court or opposing counsel's office.

WHEREFORE, Petitioner respectfully requests this Honorable Court

assist Mr. Corley in obtaining a copy of Government's Exhibit 85.

Respectfully Submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: August 3, 2009

4

**CERTIFICATE OF SERVICE**

I, Billy H. Nolas, hereby certify that on this 3rd day of August, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org