**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| Defendant. | ) |

<u>**ORDER**</u>

This matter is before the Court on the Motion to Obtain a Copy of Government's Exhibit Number 85, filed by Petitioner, Odell Corley, on August 3, 2009.  After due consideration, Petitioner's motion is **GRANTED**.  The Government is **ORDERED** to provide Petitioner's counsel with a copy of Government's Exhibit 85, which is the DVD of the Pines Bank robbery that was played for the jury at trial, within thirty days of the date of this order.

DATED:  August 7, 2009                    /s/RUDY LOZANO, Judge
                                          **United States District Court**