**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| Defendant. | ) |

<u>**ORDER**</u>

This matter is before the Court on the Motion for Issuance of Order Releasing Mr. Corley's Jail Records, filed by Defendant, Odell Corley, on November 6, 2009. After due consideration, this motion is **TAKEN UNDER ADVISEMENT**. The Government is **ORDERED** to respond to Defendant's motion on or before Monday, November 23, 2009.

DATED:  November 18, 2009          /s/RUDY LOZANO, Judge
                                   **United States District Court**