UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND  DIVISION

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | CAUSE NO.3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | | 2255 PROCEEDINGS |
| "NASIH KHALIL RA'ID" | | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR
## RELEASE OF JAIL RECORDS

Comes now the United States of America by David Capp, United States Attorney,

through Assistant United States Attorney Randall M. Stewart, and responds to the Defendant's

Motion To Release as follows:

1.   The defendant's appointed counsel, for purposes of proceeding in Section 2255

litigation, is seeking to have this Court order The LaPorte County Sheriff to

release records generated or kept in relation to the defendant, Odell Corley,

during his  incarceration in the LaPorte County Jail.

2.   The government does not oppose said Motion provided that the government is

timely provided with all documents released to the defense .

Wherefore, the government does not object to this Honorable Court granting defendant's

Motion.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

S/Randall M. Stewart
Randall M. Stewart
Assistant United States Attorney
Internet Address:Randall.Stewart@usdoj.gov

### *Certificate of Service*

I hereby certified that on November 19, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Billy_Nolas@fd.org

Jennifer_Givens@fd.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**None**

S/Lorene B. Nelson

Lorene B. Nelson

Legal Assistant