**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| Defendant. | ) |

<u>**ORDER**</u>

This matter is before the Court on the Motion for Issuance of Order Releasing Mr. Corley's Jail Records, filed by Defendant, Odell Corley, on November 6, 2009.  After due consideration and finding no objection by the Government, this motion is **GRANTED.** Accordingly, the LaPorte County Sheriff's Office is **ORDERED** to provide Defendant's counsel with a copy of any and all records that may have been generated or kept by the Laporte County Sheriff's Office in relation to Mr. Corley's incarceration at the LaPorte County Jail.

DATED:  November 20, 2009                /s/RUDY LOZANO, Judge
                                         **United States District Court**