**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| ODELL CORLEY, a/k/a | ) | |
| Nasih Khalil Ra'id, a/k/a | ) | |
| Nasil K. Raid, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO.    3:10-CV-22 |
| | ) | (3:02-CR-116) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

This matter is before the Court on the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed by Petitioner, Odell Corley a/k/a Nasih Khalil Ra'id, through counsel, on January 19, 2010. This motion is **TAKEN UNDER ADVISEMENT**. The Government is **ORDERED** to file its response on or before March 19, 2010. Petitioner's reply, if any, shall be filed on or before April 9, 2010.

DATED:  January 22, 2010          /s/RUDY LOZANO, Judge
                                  **United States District Court**