# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____  :
                                   :
UNITED STATES OF AMERICA,          :        No. 3:02-CR-116
                                   :
              Respondent           :    **CAPITAL 2255 PROCEEDINGS**
                                   :
         -v-                       :    HON. RUDY LOZANO, USDJ
                                   :
ODELL CORLEY, a/k/a                :
NASIH RA'ID                        :
              Petitioner.          :
_____  :

**UNOPPOSED MOTION FOR DISCLOSURE OF GOVERNMENT'S TRIAL EXPERTS'
RAW DATA, FOR LEAVE TO FILE APPENDIX AND MEMORANDUM OF LAW, AND
TO ALTER THE COURT'S CURRENT SCHEDULE**

Movant, Nasih Ra'id, through counsel, respectfully requests that this Court grant Movant's motion for disclosure of the government's trial mental health experts' raw data. Mr. Ra'id also moves for leave to file an appendix in support of his § 2255 motion, as well as a Memorandum of Law. In light of Mr. Ra'id's request to file additional materials and argument in support of his § 2255 Motion, Mr. Ra'id respectfully requests that this Court alter it's current schedule, allowing the Government additional time to file its Response after Mr. Ra'id's appendix and

1

memorandum of law are filed.[1]

In support of this request, Movant submits the following:

1. On January 19, 2010, Mr. Ra'id filed his Motion to vacate his conviction and sentence pursuant to § 2255. The § 2255 motion detailed the factual bases for the claims of error raised within the motion. In compliance with the requirements for the standard form for § 2255 motions, Mr. Ra'id did not cite or argue supportive case law, nor did he brief his claims for relief.

. 2. On January 22, 2010, this Court Ordered the Government to file a response by March 19, 2010, and a subsequent reply from Mr. Ra'id by April 9, 2010. This Court also stated that Mr. Ra'id's § 2255 motion is taken under advisement.

3. Undersigned counsel is in the process of obtaining and compiling numerous documents that would most appropriately be submitted as an appendix to the § 2255 motion. The appendix will include documents such as witness declarations and expert reports. In other capital § 2255 proceedings in the District Courts, such documents generally have been filed after the § 2255 motion via an

---

[1]The Government has been contacted and does not oppose this Motion, provided that the Government is afforded a reasonable time period to respond to Mr. Ra'id's additional filings. Additionally, the Government has indicated that at the present time, it has no objection to the disclosure of its trial expert's raw data, though counsel for the Government wishes to reserve the right to object should it subsequently discover a basis upon which to do so before filing a response to the instant motion.

2

appendix.

4.   Undersigned counsel filed the § 2255 motion in compliance with the relevant local rules.  However, the facts presented through the § 2255 motion should not be reviewed in a vacuum.  The filing of a  memorandum of law, detailing the legal basis for Mr. Ra'id's claims, is an essential component of Mr. Ra'id's request for relief, as is the case in other capital § 2255 proceedings in the District Courts.

5.   Additionally, in order to complete his mental health expert assessments and reports, Mr. Ra'id requires access to the underlying raw data from the Government's mental health experts retained at trial.  Specifically, Mr. Ra'id seeks the raw data from any and all psychological, neuropsychological, and/or personality testing conducted by Dr. Diane Goldstein and Dr. James Knoll.

6.    Undersigned counsel respectfully requests ninety (90) days following receipt of the raw data to file his Appendix to the  § 2255 motion,[2] and an additional sixty (60) days thereafter to file his Memorandum of Law.  Counsel respectfully proposes that the Government's response should be filed ninety (90) days after the filing of Mr. Ra'id's Memorandum of Law, with a reply due thirty

---

[2]This will allow for proper review of the data by defense experts.

(30) days after receipt of the Government's response.[3]

---

[3]Undersigned counsel has been involved in five capital § 2255 proceedings other than Mr. Ra'id's.  Further, counsel are familiar with the process in several additional capital and non-capital § 2255 cases.  The process sought by this motion, and the proposed schedule, is not unusual (in fact, it is less lengthy) as compared to other such cases in the United States District Courts.

WHEREFORE, Movant respectfully requests that this Honorable Court grant this unopposed motion. A proposed Order is attached to this motion, and a Word Perfect version will be sent via email to the Court.

Respectfully Submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: February 3 , 2010

5

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 3rd day of February , 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
| | : | |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. RUDY LOZANO, USDJ |
| | : | |
| ODELL CORLEY, aka | : | |
| NASIH RA'ID | : | |
| | : | |
| Petitioner. | : | |

_____

## ORDER

AND NOW, this _____ day of February, 2010, upon Mr. Ra'id's MOTION FOR DISCLOSURE OF GOVERNMENT'S TRIAL EXPERTS' RAW DATA, FOR LEAVE TO FILE APPENDIX AND MEMORANDUM OF LAW, AND TO ALTER THE COURT'S CURRENT SCHEDULE, the Motion is hereby is **GRANTED**.

ACCORDINGLY,

1) the Government is ORDERED to disclose legible copies of its trial experts' raw data to Mr. Ra'id;

2) Mr. Ra'id shall file the Appendix to his § 2255 Motion within 90 days of receipt of said raw data;

3) Mr. Ra'id shall file his Memorandum of Law within 60 days of the date upon which his Appendix is filed;

4) the Government shall file a Response within 90 days of the date upon which Mr. Ra'id files his Memorandum of Law;

5)      Mr. Ra'id may file a reply within 30 days of receipt of the
         Government's Response.


**SO ORDERED,**

_____
Rudy Lozano
Judge, United States District Court


Copies to: Counsel of Record
              Clerk of Court

8