UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND  DIVISION

UNITED STATES OF AMERICA

)
)
v.                                         )        CAUSE NO.3:02 CR 116
)
ODELL CORLEY a/k/a                           2255 PROCEEDINGS
"NASIH KHALIL RA'ID"

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EXPANSION OF TIME AND ALTERING OF BRIEFING SCHEDULE**

Comes now the United States of America by David Capp, United States Attorney, through Assistant United States Attorney Randall M. Stewart, and responds to the Defendant's Motion To Expand filings and alter briefing schedule as follows:

1.      The defendant's appointed counsel, for purposes of proceeding in Section 2255 litigation, is seeking to have this Court re-open the time for defendant's counsel to supplement it's filings, and in turn expand and alter the Court's current briefing schedule which requires the government's Response to be filed by March 19, 2010 and defendant's Response, if any, to be filed by April 4, 2010. The defense also requests certain data from expert witnesses.  The government will need more specific detail but does not object providing whatever data it can retrieve, provided there are no legal issues regarding privilege or others unknown to the parties at this time.

2.      The government does not oppose said Motion nor the proposed time frames requested by defendant's counsel.

Wherefore, the government does not object to this Honorable Court granting defendant's

Motion.                                    Respectfully submitted,

                                           DAVID CAPP
                                           UNITED STATES ATTORNEY

                                    By: S/Randall M. Stewart
                                           Randall M. Stewart
                                           Assistant United States Attorney
                                           Internet Address:Randall.Stewart@usdoj.gov

*Certificate of Service*

I hereby certified that on March 5, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Billy_Nolas@fd.org

Jennifer_Givens@fd.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**None**

S/Lorene B. Nelson

Lorene B. Nelson

Legal Assistant