### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| | ) |
| Defendant. | ) |

### <u>ORDER</u>

This matter is before the Court on the Unopposed Motion for Disclosure of Government's Trial Experts' Raw Data, For Leave to File Appendix and Memorandum of Law, and to Alter the Court's Current Schedule, filed by Petitioner, on February 3, 2010. The Government has no current objection to this Court granting Petitioner's motion. While the Government stated that it does not object to providing whatever data it can retrieve, the Government cautioned that certain legal issues, such as privilege, may arise concerning the disclosure of the experts' raw data. If any such issue arises, the Government is given 45 days from the date of this order to lodge objections concerning the disclosure of its trial experts' raw data.

After due consideration, this motion is **GRANTED.**

Accordingly,

1)    the Government is **ORDERED** to disclose legible copies of its trial experts' raw data to Mr. Ra'id;

2)    Mr. Ra'id shall file the Appendix to his section 2255 Motion within 90 days of receipt of said raw data;

3)    Mr. Ra'id shall file his Memorandum of Law within 60 days of the date upon which his Appendix is filed;

4)    the Government shall file a Response within 90 days of the date upon which Mr. Ra'id files his Memorandum of Law;

5)    Mr. Ra'id may file a reply within 30 days of receipt of the Government's Response.

DATED:  March 9, 2010                    /s/RUDY LOZANO, Judge
                                         United States District Court