UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND  DIVISION

APPEARANCE

ODELL CORLEY,
a/k/a Nasih Khalil Ra'id,

        Plaintiff,

                                      Civil Cause No. 3:10 CV 22

    v.

                                        Criminal Cause No.  3:02 CR 116


UNITED STATES OF AMERICA

        Defendant.

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the *Standards for Professional Conduct with the Seventh Federal Judicial Circuit* pursuant to N. D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.  I declare under the penalty of perjury that the foregoing is true and correct.

        Enter my appearance as counsel in this case for the United States of America

                                  David Capp
                                  United States Attorney


Date:    March 10, 2010          By:    S/ Daniel L. Bella
                                  Daniel L. Bella
                                  Assistant United States Attorney
                                  5400 Federal Plaza, Suite 1500
                                  Hammond, Indiana 46320
                                  (219)-937-5500
                                  Fax: 219-852-2770

- 2 -

# *Certificate of Service*

I hereby certified that on March 10, 2010 I filed APPEARANCE with the Clerk of the Court; such filing to be made to the following:

by electronic filing:

| | |
|---|---|
| Billy H. Nolas | Alan M Freedman |
| Jennifer L. Givens | Carol R. Heise |
| Michael Wiseman | Midwest Center for Justice Ltd. |
| Federal Community Defender's Office | 831 Main Street |
| Suite 545 W | Evanston, IL 60202 |
| 601 Walnut Street | |
| Philadelphia, PA 19106 | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**NONE**

S/ Sandra M. Clanin
Sandra M. Clanin
Legal Assistant

OFFICE OF:

United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320