UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND  DIVISION

UNITED STATES OF AMERICA

                         )
                         )

       v.                  )         CAUSE NO.3:02 CR 116
                         )

ODELL CORLEY a/k/a              2255 PROCEEDINGS
"NASIH KHALIL RA'ID"

**GOVERNMENT'S RESPONSE TO COURT'S ORDER REGARDING
DISCLOSURE OF GOVERNMENT'S EXPERTS' RAW DATA**

Now comes the United States of America by David Capp, United States Attorney,

through Assistant United States Attorney Randall M. Stewart, and responds to this Court's Order

Regarding Disclosure of Government's Experts' Raw Data as follows:

1.      Government counsel has spoken with defendant's appointed counsel, for purposes

of proceeding in Section 2255 litigation, regarding the need for disclosure of the raw data

obtained from the defendant by mental health experts retained by the government in preparation

of his jury trial in the captioned matter.

2.      The government has reviewed the Orders of this Court concerning the obtaining

of said data prior to trial, the Federal Rules of Procedure governing the obtaining of said data and

the fact that said data was sealed by this Court, and to the best knowledge of the government

never unsealed, as the substance of said data was irrelevant to the proceedings.

3.      Therefore, the government is unaware of any relevance said raw data would have

to the proceedings now before this Court, and without future evidence or representations which

would convince the government that said data has any relevance to these proceedings, the

government would oppose the Court granting said Motion.

Wherefore, the government does object to this Honorable Court granting defendant's

Motion For Disclosure Of Government's Experts' Raw Data and respectfully moves this Court

to deny said request at this time.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: S/Randall M. Stewart
    Randall M. Stewart
    Assistant United States Attorney
    Internet Address:Randall.Stewart@usdoj.gov

*Certificate of Service*

I hereby certify that on April 21, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Billy_Nolas@fd.org

Jennifer_Givens@fd.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**None**

S/Lorene B. Nelson
Lorene B. Nelson
Legal Assistant