**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
| | : | |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. RUDY LOZANO, USDJ |
| | : | |
| ODELL CORLEY, a/k/a | : | |
| NASIH RA'ID | : | |
| Petitioner. | : | |

_____ :

### REPLY IN SUPPORT OF MOTION FOR DISCLOSURE OF GOVERNMENT'S TRIAL EXPERTS' RAW DATA

Movant, Nasih Ra'id, through counsel, respectfully submits the following reply to the Government's Response to this Court's Order directing disclosure of the Government's experts' raw data:

The Government objects to the disclosure of the raw data generated by their trial experts, Drs. Knoll and Goldstein. The Government claims that this data was sealed at the time of trial and has not yet been unsealed, "as the substance of said data was irrelevant to the proceedings." Response at ¶ 2. Movant, however, can find no indication in the record that the raw data was ever at issue in the trial proceedings. This Court sealed the reports of the mental health experts, but based on undersigned counsel's review of the record in the case, the raw data was not

1

attached to these reports.

In any event, this Court entered an Order on June 29, 2009, permitting undersigned counsel to review and copy any and all sealed documents in the case. Thus, even if the requested raw data had been sealed by the Court, this would serve as no basis to deny Ra'id's instant request.[1]  To be sure, undersigned counsel will not disseminate the raw data beyond the defense team and its mental health experts.

As undersigned counsel explained previously, the raw data is relevant to his current mental health evaluations.  Mr. Ra'id's current mental health experts must review and consider the evaluations conducted at the time of trial.  In order to do so, the current experts must have access to the data underlying the trial experts' assessments and opinions.  Again, Mr. Ra'id seeks the raw data from any and all psychological, neuropsychological, and/or personality testing conducted by Dr. Diane Goldstein and Dr. James Knoll.

Finally, should the Court have any reservations about the disclosure of the above-requested raw data, Movant respectfully requests the opportunity to address those concerns during oral argument before the Court.

---

[1]The Government also states that it reviewed the "Federal Rules of Procedure" governing the obtaining of said data.  Response at Para. 2.  The Government does not cite any rule in particular, nor does it claim that such rules prohibit the disclosure of such data.

2

WHEREFORE, Movant respectfully requests that this Honorable Court

grant his request for the disclosure of the Government's experts' raw data.


Respectfully Submitted,


/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated: April 30, 2010

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 30th day of April, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org