**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| | ) |
| Defendant. | ) |

<u>**ORDER**</u>

This matter is before the Court on the Unopposed Motion for Disclosure of Government's Trial Experts' Raw Data, For Leave to File Appendix and Memorandum of Law, and to Alter the Court's Current Schedule, filed by Petitioner, Odell Corley, on February 3, 2010.

Odell Corley is seeking disclosure of the raw data generated by the Government's trial experts, Drs. Knoll and Goldstein. Initially, the Government lodged no objection to the disclosure of this material but cautioned that certain legal issues, such as privilege, may arise concerning the disclosure of the experts' raw data. Because of this concern, the Government was given 45 days to make any objections concerning the disclosure of its trial experts' raw data. The Government now objects to disclosing the requested

data based on relevance; the Government contends that the experts' raw data is irrelevant to these proceedings because the data was not used at Odell Corley's trial.

In response, the Petitioner claims that the raw data is relevant to his current mental health evaluations. Petitioner's current mental health experts must review and consider the evaluations conducted at the time of trial and, to do so, they must have access to the data underlying the trial experts' assessment and opinions.

While it is impossible to be certain at this time, this Court finds that the requested data may be relevant evidence to Petitioner's mental health evaluations for purposes of this habeas corpus proceeding. And, if the data turns out not to be relevant to these proceedings, it will simply be disregarded by the Court. As such, the instant motion is **GRANTED**.

Accordingly it is **ORDERED** that:

(1)  the Government shall disclose legible copies of its trial experts' raw data to Petitioner;

(2)  Petitioner shall file the Appendix to his section 2255 Motion within 90 days of receipt of said raw data;

(3)  Petitioner shall file his Memorandum of Law within 60 days of the date upon which his Appendix is filed;

(4)  the Government shall file a Response within 90 days of the date upon which Petitioner files his Memorandum of Law;

(5)  Petitioner may file a reply within 30 days of receipt of the Government's Response;

(6)  the raw data shall remain **SEALED**; and

    (7)   Petitioner shall not to disclose the raw data further than requested in his motion without first getting this Court's permission.


DATED:  May 17, 2010          /s/RUDY LOZANO, Judge
                                          United States District Court