UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.  3:02 CR 116 |
| | ) | |
| ODELL CORLEY | ) | |

GOVERNMENT'S REPORT TO THE COURT
REGARDING PROVISION OF RAW DATA

Comes now the United States of America by David Capp, United States Attorney for the Northern District of Indiana, and says as follows:

1.      On February 3, 2010, defendant Odell Corley filed his motion for disclosure of raw data generated by government experts Drs. Knoll and Goldstein.

2.      After several pleadings, and objections ruled on by the Court, on May 17, 2010, the Court granted Corley's motion, and ordered the government to disclose legible copies of the experts' raw data to Corley.  In addition, the Court directed Corley to file his Appendix within 90 days following Corley's receipt of the raw data, and directed certain additional pleadings to be filed thereafter.

3.      The government has never had possession of, or even viewed, the raw data. Consequently, the government needed to contact the doctors in question to discern what data if any existed and what needed to occur to deliver the data.

4.      The government has communicated with Drs. Knoll and Goldstein and learned the following:  Dr. Knoll did not conduct any testing and therefore has no raw data.  Dr. Goldstein has data, but indicates that ethically the data must be delivered to a licensed psychologist.  Dr.

Goldstein will deliver the data upon being provided with the identity and license number of the psychologist to whom Corley wishes the data delivered.

WHEREFORE, the government respectfully requests that the Court direct Corley to furnish identifying information and license number for the psychologist to whom Corley wishes the data delivered, by such deadline as the Court may order.

Respectfully submitted,

DAVID CAPP,
UNITED STATES ATTORNEY


By:    S/Daniel L. Bella                        
       Daniel L. Bella,
       Assistant U.S. Attorney

2

## *Certificate of Service*

I hereby certified that October 3, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

givens.jenny@gmail.com

Billy_Nolas@fd.org

fbpc@aol.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**Michael Wiseman**
Federal Community Defender Office
Capital Habeas Corpus
The Curtis Center Suite 545 West
Philadelphia, PA 19106

**Carol R Heise**
Midwest Center for Justice Ltd
831 Main Street
Evanston, IL 60202

S/Lori Nelson
Lori Nelson
Legal Assistant

3