**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:02-CR-116 |
| | ) | |
| ODELL CORLEY, a/k/a | ) | |
| Nasih Khalil Ra'id, a/k/a | ) | |
| Nasil K. Raid | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Government's Report to the Court Regarding Provision of Raw Data, filed on October 3, 2011. Defendant is **ORDERED** to file his response to this report on or before October 12, 2011.

DATED:  October 6, 2011            /s/RUDY LOZANO, Judge
                                   **United States District Court**