**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Respondent, | ) |
| | ) |
| vs. | ) NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| | ) |
| Defendant/Petitioner. | ) |

**<u>ORDER</u>**

This matter is before the Court on Movant Ra'id's Unopposed Request for an Extension of Time in Which to File the Appendix to His § 2255 Motion, filed on December 19, 2011. After due consideration, and noting no objection from the Government, this motion is **GRANTED**.

As a result:

(1)   Mr. Ra'id is **ORDERED** to file his Appendix no later than April 23, 2012;

2)   Mr. Ra'id is **FURTHER ORDERED** to file his Supporting Memorandum of Law within 60 days of the date upon which his Appendix is filed;

3)   the Government is **ORDERED** to file a Response within 60 days of the date upon which Mr. Ra'id files his Memorandum of Law;

4)   Mr. Ra'id may file a reply within 30 days of receipt of the Government's Response.

**DATED:  December 20, 2011**          /s/RUDY LOZANO, Judge
                                       **United States District Court**