UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
204 SOUTH MAIN STREET
SOUTH BEND, INDIANA 46601-2194

OFFICIAL BUSINESS

Carol R Heise
Midwest Center for Justice Ltd
831 Main Street
Evanston, IL 60202

2012 JAN -9 PM 1:11

NIXIE        600    DE    1        00    01/05/12

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  46601219499        *1112-09396-21-44