**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

_____    :

UNITED STATES OF AMERICA,    :    No. 3:02-CR-116

    :

          Respondent    :    **CAPITAL 2255 PROCEEDINGS**

    :

         -v-    :    HON. RUDY LOZANO, USDJ

    :

ODELL CORLEY, a/k/a    :
NASIH RA'ID    :
         Petitioner.    :

_____    :

<u>MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME
IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION</u>

Movant, Nasih Ra'id, through counsel, respectfully requests an extension of

time of 60 days in which to file the Appendix to his Motion to Vacate Conviction

and Sentence under 18 U.S.C. § 2255.  In support of his request, Movant states as

follows:

Movant's Appendix to his § 2255 Motion is currently due on April 23,

2012.  For several reasons, undersigned counsel seeks a 60-day extension of time.

In recent months counsel has continued to confer with expert and lay witnesses

and to investigate the case.  While progress has been made, undersigned counsel

1

and the defense experts require additional time to complete the reports and other documents to be included in the Appendix.

Counsel's investigation in the case is ongoing.  First, the experts involved in the case are still reviewing relevant background information, including recently-obtained information from witness.  Second, counsel made several requests for information under the Freedom of Information Act (FOIA).  The FBI initially denied access to some of the requested material; an appeal is currently pending with regard this information.  On March 22, 2012, the FBI indicated that it will make its laboratory's internal audit records available for our review.  The review, however, must be conducted at its office in Quantico, Virginia.  Counsel will review this information as soon as possible, but arranging an appropriate date is taking some effort.  Third, the parties are still engaged in informal discovery matters regarding the crime scene videotape.

Finally, heavy workloads and various obligations have made the task of completing work with the experts and witnesses difficult.  In the past few months, counsel have had to focus on additional pressing litigations demands, many of which have arisen in cases with anticipated executed dates.  Additionally, counsel are scheduled to be in court for oral arguments on April 19,  April 24, May 15, as

well as an evidentiary hearing on May 23-24, and additional in-court proceedings in April and May.

Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before Friday June 22, 2012.

Respectfully Submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: April 9, 2012

3

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 9th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org