# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____

UNITED STATES OF AMERICA,    :      No. 3:02-CR-116

                 :

         Respondent    :  **CAPITAL 2255 PROCEEDINGS**

                 :

       -v-         :  HON. RUDY LOZANO, USDJ

                 :

ODELL CORLEY, a/k/a       :

NASIH RA'ID             :

        Petitioner.    :

_____  :

## ORDER

AND NOW, this 12th day of April, 2012, upon Mr. Corley's Unopposed Request for an Extension of Time in Which to File the Appendix to His § 2255 Motion, the Request is hereby GRANTED. Mr. Corley shall filed his Appendix on or before June 22, 2012.

SO ORDERED,

               /s/ Rudy Lozano

               Rudy Lozano

               Judge, United States District Court

1