**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

|                                   |   |                         |
|-----------------------------------|---|-------------------------|
| UNITED STATES OF AMERICA,         | : | No. 3:02-CR-116         |
|                                   | : |                         |
| Respondent                        | : | **CAPITAL 2255 PROCEEDINGS** |
|                                   | : |                         |
| -v-                               | : | HON. RUDY LOZANO, USDJ  |
|                                   | : |                         |
| ODELL CORLEY, a/k/a               | : |                         |
| NASIH RA'ID                       | : |                         |
| Petitioner.                       | : |                         |

_____ :

## MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests an extension of time of 90 days in which to file the Appendix to his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255. In support of his request, Movant states as follows:

Movant's Appendix to his § 2255 Motion is currently due on June 22, 2012. For several reasons, undersigned counsel seeks a 60-day extension of time. In support of this request, Movant states as follows:

Counsel's investigation in the case is ongoing. First, several experts involved in the case are still in the process of finalizing their reports and

1

affidavits.  Second, counsel filed a FOIA request with the FBI on November 30, 2011.  With regard to one portion of the request, the FBI agreed to provide the requested documents, but counsel has not yet received the information.  Counsel has been informed by the FBI Lab at Qauntico, Virginia, that the documents should be in our possession by late June 2012.  With regard to the remainder of the request, the FBI declined the provide the requested information, and this denial is under appeal.  Also, counsel is still waiting on the a response from the Government regarding informal discovery matters concerning the crime scene videotape.

Additionally, counsel Nolas is currently undergoing treatment for a medical condition, which is interrupting his normal work schedule.

Finally, filed under separate cover, Movant Ra'id has provided notice of his intent to contact the jurors in the case.  Counsel will begin such efforts as soon as the Court sets the conditions for this contact pursuant to Local Rule 47-2(b).

Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before September 20, 2012.

Respectfully Submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: June 13, 2012

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 13th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org