**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, a/k/a | : |  |
| NASIH RA'ID | : |  |
| Petitioner. | : |  |

_____ :

### <u>MOVANT RA'ID'S NOTICE OF INTENT TO CONTACT JURORS</u>

Pursuant to Local Rule 47-2(b), Movant Ra'id hereby gives notice of intent to contact jurors. While off-the-record communications with jurors is generally forbidden, Rule 47-2(b) provides an exception where the party seeking such communication provides notice and the Court subsequently sets conditions on juror communications.

WHEREFORE, Movant Ra'id respectfully requests that this Court set such conditions at its earliest convenience, so as to permit his counsel to contact jurors as soon as possible.

1

Respectfully Submitted,


/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated: June 13, 2012

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 13th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

4