**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

_____
                                            :
UNITED STATES OF AMERICA,    :            No. 3:02-CR-116
                                            :
            Respondent          :   **CAPITAL 2255 PROCEEDINGS**
                                            :
        -v-                      :   HON. RUDY LOZANO, USDJ
                                            :
ODELL CORLEY, a/k/a             :
NASIH RA'ID                      :
            Petitioner.         :
_____   :

## <u>MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION</u>

Movant, Nasih Ra'id, through counsel, respectfully requests a 60 day extension of time in which to file the Appendix to his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  In support of his request, Movant states as follows:

Movant's Appendix to his § 2255 Motion is currently due on September 20, 2012.  For several reasons, undersigned counsel seeks a 60-day extension of time. In support of this request, Movant states as follows:

Counsel's investigation in the case is ongoing.  First, several experts involved in the case are still finalizing their reports and affidavits.  Second, counsel

1

filed a FOIA request with the FBI on November 30, 2011.  With regard to one portion of the request, the FBI agreed to provide the requested documents, but counsel has not yet received the information.  Counsel had been informed by the FBI Lab at Qauntico, Virginia, that the documents would be delivered by late June 2012, but those records are still outstanding. Counsel has recently contacted the FBI Lab and was informed that the records will be sent to the U.S. Attorney's Office and that counsel should seek those records from the U.S. Attorney's Office. With regard to the remainder of the request, the FBI declined to provide the requested information. That denial was appealed to the Office of Information Policy - who recently informed counsel that the FOIA request was remanded back to the FBI for processing of the records responsive to the request. Counsel is now awaiting receipt of those records.  Additionally, counsel is still waiting on the response from the Government regarding informal discovery matters concerning the crime scene videotape.

Finally, undersigned counsel represents Pennsylvania death row inmate Terrance Williams. The Governor of the Commonwealth of Pennsylvania has set October 3, 2012, as the date for Mr. Williams' execution. The litigation over the execution warrant and clemency proceedings has consumed much of counsel's time and hindered counsel's ability to adequately complete the appendix.

For all of the reasons stated above, counsel respectfully requests a 60 day extension of time to file the Appendix to Movant's § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before November 19, 2012.

Respectfully Submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: September 17, 2012

3

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 17th day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org