**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____  :
                                 :
UNITED STATES OF AMERICA,        :        No. 3:02-CR-116
                                 :
            Respondent            :   **CAPITAL 2255 PROCEEDINGS**
                                 :
       -v-                       :   HON. RUDY LOZANO, USDJ
                                 :
ODELL CORLEY, a/k/a              :
NASIH RA'ID                      :
            Petitioner.          :
_____  :

**ORDER**

AND NOW, this          day of                    , 2012, upon Mr. Corley's

Unopposed Request for an Extension of Time in Which to File the Appendix to His

§ 2255 Motion, the Request is hereby GRANTED.  Mr. Corley shall filed his

Appendix on or before November 19, 2012.

SO ORDERED,

_____
Rudy Lozano
Judge, United States District Court

1