## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:02-CR-116 |
| | ) |
| ODELL CORLEY, a/k/a | ) |
| Nasih Khalil Ra'id, a/k/a | ) |
| Nasil K. Raid | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Movant Ra'id's Unopposed Request for an Extension of Time in Which to File the Appendix to his § 2255 Motion, filed on September 17, 2012. After due consideration, this motion is **GRANTED**. Accordingly, Odell Corley shall have up to and including November 19, 2012, in which to file his Appendix.

DATED:  September 17, 2012        /s/RUDY LOZANO, Judge
                                 **United States District Court**