**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____
                                         :
UNITED STATES OF AMERICA,    :            No. 3:02-CR-116
                                         :
              Respondent       :   **CAPITAL 2255 PROCEEDINGS**
                                         :
         -v-                   :     HON. RUDY LOZANO, USDJ
                                         :
ODELL CORLEY, a/k/a            :
NASIH RA'ID                    :
              Petitioner.      :
_____ :

**MOVANT RA'ID'S REQUEST FOR AN EXTENSION OF TIME IN**
**WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION**[1]

Movant, Nasih Ra'id, through counsel, respectfully requests a 120-day

extension of time in which to file the Appendix to his Motion to Vacate

Conviction and Sentence under 18 U.S.C. § 2255.  In support of his request,

Movant states as follows:

Movant's Appendix to his § 2255 Motion is currently due on November 19,

2012.  For several reasons, undersigned counsel seeks a 120-day extension of

time.  In support of this request, Movant states as follows:

---

[1]The Government has not opposed Movant's prior requests for extensions of time in which to file his Appendix.  Unfortunately, however, despite repeated requests over the past several days, undersigned counsel has been unable to reach opposing counsel in order to learn his position on the instant request.

1

While counsel's investigation in the case is ongoing, undersigned counsels' movement on this case has been slowed in light of two recent execution dates in Pennsylvania. As explained in Mr. Corley's last extension request, an October 3, 2012, execution date was set for Terrance Williams, another client of undersigned counsel. The litigation over the execution warrant and clemency proceedings consumed much of counsel's time and hindered counsel's ability to adequately complete the appendix. Fortunately, Mr. Williams' execution was stayed. This order was appealed by the Philadelphia District Attorney's office and appellate litigation is currently ongoing in the Pennsylvania Supreme Court. Prior to the issuance of the stay, Mr. Williams' case involved four oral arguments addressing a stay of execution; a multi-day evidentiary hearing; two clemency hearings before the Board of Pardons and Parole; and the filing of numerous submissions of pleadings, briefs, motions and exhibits.

On the heels of the litigation of Mr. Williams' case, undersigned counsel's office was appointed by the United States Court of Appeals for the Third Circuit (on September 14, 2012) to the case of Hubert Michael. Governor Corbett issued an execution warrant for the execution of Mr. Michael on September 11, 2012, scheduling Mr. Michael's execution for November 8, 2012. Clemency proceedings took place on November 7, 2012. In addition, filings seeking a stay

2

of execution and other relief were filed in various courts, including the United States District Court for the Middle District of Pennsylvania. Fortunately, the Third Circuit Court of Appeals granted a stay of execution on November 8 and remanded the case to the district court for expedited consideration and briefing, which is currently ongoing.

Also, the instant request is based on several additional factors. First, as explained in previous extension requests, counsel filed a FOIA request with the FBI on November 30, 2011. The FBI divided our initial request into three separate requests, granting one portion and denying the remaining two. Mr. Corley appealed the denial of these remaining portions of his request. In one instance, Mr. Corley won his appeal (on August 16, 2012), but is still waiting for the FBI to process the request and disclose the requested materials. The appeal from the denial of the final portion of the initial request was received by the FBI on August 3, 2012, and currently remains pending.

Finally, counsel is still waiting on the response from the Government regarding informal discovery matters concerning the crime scene videotape, as well as an Order from the Court regarding the parameters of juror interviews in the case.

For all of the reasons stated above, counsel respectfully requests a 120-day extension of time to file the Appendix to Movant's § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before March 19, 2012.

Respectfully Submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: November 16, 2012

4

## CERTIFICATE OF SERVICE

I, Jennifer Givens, hereby certify that on this 16th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org