**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

```
UNITED STATES OF AMERICA,      )
                               )
Plaintiff/Respondent,          )
                               )
vs.                            )  NO. 3:02-CR-116
                               )
ODELL CORLEY, a/k/a            )
Nasih Khalil Ra'id, a/k/a      )
Nasil K. Raid                  )
                               )
Defendant/Petitioner.          )
```

## ORDER

This matter is before the Court on Movant Ra'id's Request for an Extension of Time in Which to File the Appendix to His § 2255 Motion, filed on November 16, 2012.  After due consideration, and noting no objection from the Government, this motion is **GRANTED**.

As a result Mr. Ra'id is **ORDERED** to file his Appendix no later than March 19, 2013.


**DATED: November 20, 2012**          /s/RUDY LOZANO, Judge
                               **United States District Court**