**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____  :

UNITED STATES OF AMERICA,          :          No. 3:02-CR-116

                                   :

          Respondent               :  **CAPITAL 2255 PROCEEDINGS**

                                   :

          -v-                      :   HON. RUDY LOZANO, USDJ

                                   :

ODELL CORLEY, a/k/a                :
NASIH RA'ID                        :
          Petitioner.             :
_____  :

**MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION
OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 120-day

extension of time in which to file the Appendix to his Motion to Vacate

Conviction and Sentence under 18 U.S.C. § 2255.  In support of his request,

Movant states as follows:

Movant's Appendix to his § 2255 Motion is currently due on March 19,

2012.  Undersigned counsel seeks a 120-day extension of time.  In support of this

request, Movant submits the following:

First, as explained in previous extension requests, counsel filed a FOIA

request with the FBI on November 30, 2011.  The FBI divided our initial request

1

into three separate requests, granting one portion and denying the remaining two. Mr. Corley appealed the denial of these remaining portions of his request.  In one instance, Mr. Corley won his appeal (on August 16, 2012).  The FBI then inquired if counsel prefers the records in digital or print format. Counsel answered that digital is preferred.

As of today's date, counsel is still waiting to receive those records.

Secondly, counsel is waiting on a response from the Government regarding informal discovery matters concerning the crime scene videotape of the bank robbery.  Thirdly, on June 13, 2012, counsel filed a notice of intent to interview the trial jurors from Movant's trial.  Counsel is waiting for an Order from the Court regarding the parameters of juror interviews in the case.

Finally, several unforseen factors have hindered counsel's ability to complete the Appendix to the § 2255 Motion. Undersigned counsel's mother has been battling an ongoing serious illness, necessitating Mr. Nolas's extended absence from the office.

For all of the reasons stated above, counsel respectfully requests a 120-day extension of time to file the Appendix to Movant's § 2255 Motion.  Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel

2

Bella, who has kindly indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before July 17, 2013.

Respectfully Submitted,


/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated: March 12, 2013

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 12th day of March, 2013, I

electronically filed with the Clerk of Court using the CM/ECF system:

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org