**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____ :
                                    :
UNITED STATES OF AMERICA,           :        No. 3:02-CR-116
                                    :
              Respondent            :   **CAPITAL 2255 PROCEEDINGS**
                                    :
        -v-                         :   HON. RUDY LOZANO, USDJ
                                    :
ODELL CORLEY, a/k/a                 :
NASIH RA'ID                         :
              Petitioner.           :
_____ :

**MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION**
**OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 90-day extension of time in which to file the Appendix to his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255, which is currently due on July 17, 2013. In support of his request, Movant states as follows:

First, as explained in previous extension requests, counsel filed a FOIA request with the FBI on November 30, 2011. The FBI divided our initial request into three separate requests, granting one portion and denying the remaining two. Mr. Corley appealed the denial of these remaining portions of his request. In one instance, Mr. Corley won his appeal (on August 16, 2012). The FBI then inquired

1

if counsel prefers the records in digital or print format. Counsel answered that digital is preferred.  In late May counsel received what was characterized as the "final release" of information responsive to Movant's original FOIA request. Unfortunately, however, while the FBI initially estimated that this final release of documents would contain approximately 5,827 pages, counsel received only 181 pages.  Accordingly, counsel is appealing the denial of the remainder of requested documents.

Second, counsel is still waiting on a response from the Government regarding informal discovery matters concerning the crime scene videotape of the bank robbery.  Third, on June 13, 2012, counsel has filed simultaneously herewith a Renewed Motion to Contact Jurors.

Finally, summer vacation schedules of undersigned counsel and their expert witnesses have hindered counsel's ability to complete the Appendix to the § 2255 Motion.

For all of the reasons stated above, counsel respectfully requests a 90-day extension of time to file the Appendix to Movant's § 2255 Motion.  Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the

requested extension of time and permit Movant to file the Appendix to his § 2255

Motion on or before October 15, 2013.

Respectfully Submitted,


/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated: July 12, 2013

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 12th day of July, 2013, I

electronically filed with the Clerk of Court using the CM/ECF system:

/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org