# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:02-CR-116 |
| | ) | |
| ODELL CORLEY, a/k/a | ) | |
| Nasih Khalil Ra'id, a/k/a | ) | |
| Nasil K. Raid | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before the Court on Movant Ra'id's Unopposed Request for an Extension of Time in Which to File the Appendix to his § 2255 Motion, filed on July 12, 2013. After due consideration, this motion is **GRANTED**. Accordingly, Odell Corley shall have up to and including October 15, 2013, in which to file his Appendix.

DATED:  July 15, 2013                    /s/RUDY LOZANO, Judge
                                         **United States District Court**