3:02cr116

Carol R Heise
Midwest Center for Justice Ltd
831 Main Street
Evanston, IL 60202