# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____ :

UNITED STATES OF AMERICA,      :      No. 3:02-CR-116

             :

      Respondent     :   **CAPITAL 2255 PROCEEDINGS**

             :

     -v-        :   HON. RUDY LOZANO, USDJ

             :

ODELL CORLEY, a/k/a      :

NASIH RA'ID          :

      Petitioner.     :

_____ :

## MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests a 120-day extension of time in which to file the Appendix to his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255, which is currently due on October 15, 2013.  In support of his request, Movant states as follows:

First, as the Court is no doubt aware, the sequestration, subsequent layoffs, the Government shutdown and new travel/budgetary restrictions have significantly affected our office operations.  Second, counsel is still waiting on a response from the Government regarding informal discovery matters concerning the crime scene

1

videotape of the bank robbery. Third, some of the experts assisting undersigned counsel have not yet completed their reports.

Finally, while the FBI recently denied Corley's appeal of the denial of FOIA requests, Movant made a request on October 4, 2013 to the Office of Government Information Services for mediation in the FBI/FOIA matter and is awaiting a response.

For all of the reasons stated above, counsel respectfully requests a 120-day extension of time to file the Appendix to Movant's § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before February 12, 2014.

Respectfully submitted,


/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: October 10, 2013

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 10th day of October, 2013, I

electronically filed with the Clerk of Court using the CM/ECF system:


/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org


Dated: October 10, 2013