**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

UNITED STATES OF AMERICA,    :        No. 3:02-CR-116

        :

        Respondent    :  **CAPITAL 2255 PROCEEDINGS**

        :

      -v-      :  HON. RUDY LOZANO, USDJ

        :

ODELL CORLEY, a/k/a    :
NASIH RA'ID    :

        Petitioner.    :

_____    :

**ORDER**

AND NOW, this _____ day of _____, 2013, upon Mr. Corley's

Request for an Extension of Time in Which to File the Appendix to His § 2255

Motion, the Request is hereby GRANTED.  Mr. Corley shall filed his Appendix

on or before February 12, 2014.

SO ORDERED,

_____
Rudy Lozano
Judge, United States District Court