**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

UNITED STATES OF AMERICA,          )
                                   )
Plaintiff/Respondent,              )
                                   )
vs.                                )   NO. 3:02-CR-116
                                   )
ODELL CORLEY, a/k/a                )
Nasih Khalil Ra'id, a/k/a          )
Nasil K. Raid                      )
                                   )
Defendant/Petitioner.              )

## <u>ORDER</u>

This matter is before the Court on Movant Ra'id's Request for an Extension of Time in Which to File the Appendix to His § 2255 Motion, filed on October 10, 2013.  After due consideration, and noting no objection from the Government, this motion is **GRANTED.**

As a result, Corley is **ORDERED** to file his Appendix on or before February 12, 2014.


DATED:  October 16, 2013          /s/RUDY LOZANO, Judge
                                  **United States District Court**