**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

UNITED STATES OF AMERICA,     :     No. 3:02-CR-116

             : 

       Respondent     :     **CAPITAL 2255 PROCEEDINGS**

             : 

       -v-     :     HON. RUDY LOZANO, USDJ

             : 

ODELL CORLEY, a/k/a     :

NASIH RA'ID     :

       Petitioner.     :

_____     :

**MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION**
**OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day

extension of time in which to file the Appendix to his Motion to Vacate

Conviction and Sentence under 18 U.S.C. § 2255, which is currently due on

February 12, 2014.  In support of his request, Movant states as follows:

Undersigned counsel has been in communication with counsel for the

Government regarding the resolution of informal discovery matters concerning the

crime scene videotape of the bank robbery, as well as a report from one of the

Government's mental health experts at trial, which undersigned counsel does not

currently possess and which is necessary in order for Mr. Corley's § 2255 experts

1

to complete their review and evaluation of Mr. Corley. Undersigned counsel is hopeful that these matters can be resolved informally, without intervention from the Court.

As these matters currently remain unresolved, however, counsel respectfully requests a 60-day extension of time in which to file the Appendix to Movant's § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested 60-day extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before April 14, 2014.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: February 4, 2014

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 4th day of February, 2014, I

electronically filed with the Clerk of Court using the CM/ECF system:


/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org