**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Respondent, )<br>)<br>vs. )<br>)<br>ODELL CORLEY, a/k/a )<br>Nasih Khalil Ra'id, a/k/a )<br>Nasil K. Raid )<br>)<br>Defendant/Petitioner. ) | NO. 3:02-CR-116 |

**ORDER**

This matter is before the Court on Movant Ra'id's Request for an Extension of Time in Which to File the Appendix to His § 2255 Motion, filed on February 4, 2014. After due consideration, and noting no objection from the Government, this motion is **GRANTED**.

As a result Mr. Ra'id is **ORDERED** to file his Appendix no later than April 14, 2014.

DATED:  February 6, 2014          /s/RUDY LOZANO, Judge
                                  **United States District Court**