**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

_____
                                   :

UNITED STATES OF AMERICA,     :          No. 3:02-CR-116

                           :

        Respondent     :   **CAPITAL 2255 PROCEEDINGS**

                           :

        -v-          :   HON. RUDY LOZANO, USDJ

                           :

ODELL CORLEY, a/k/a       :
NASIH RA'ID              :
        Petitioner.     :
_____  :

**MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION
OF TIME IN WHICH TO FILE THE APPENDIX TO HIS § 2255 MOTION**

    Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day extension of time in which to file the Appendix to his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255, which is currently due on April 14, 2014.  In support of his request, Movant states as follows:

    On March 25, 2014, a FOIA lawsuit was filed in the Eastern District of Pennsylvania, seeking disclosure of materials relevant to the FBI investigation in Petitioner's case, including materials that the FBI initially promised to disclose during the course of prior FOIA requests, but ultimately did not provide.  The failure to provide these materials necessitated the further FOIA litigation.  Without

1

these materials, Petitioner is hampered in preparing and tendering the Appendix.

Additionally, after recently reviewing additional mental health records, one of Petitioner's mental health experts has related to counsel that a proper submission on Petitioner's behalf may require additional testing of Mr. Corley/Ra'id. Counsel are awaiting further specific information and recommendations from this expert.

Petitioner submits that the results of these outstanding matters could be of significant relevance to his current claims for relief.

Finally, as Petitioner previously has indicated to the Court, undersigned counsel has been in communication with counsel for the Government regarding the resolution of informal discovery matters concerning the crime scene videotape of the bank robbery and is currently working with the Government to resolve this issue.

Accordingly, Petitioner respectfully requests a 60-day extension of time in which to file the Appendix to Movant's § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested 60-day extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Appendix to his § 2255 Motion on or before June 13, 2014.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: April 9, 2014

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 9th day of April, 2014, I

electronically filed with the Clerk of Court using the CM/ECF system:

/s/ Jennifer L. Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org