# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

UNITED STATES OF AMERICA,     :        No. 3:02-CR-116

              : 

       Respondent     :    **CAPITAL 2255 PROCEEDINGS**

              :

       -v-          :    HON. RUDY LOZANO, USDJ

              :

ODELL CORLEY, a/k/a        :

NASIH RA'ID             :

       Petitioner.     :

_____ :

## MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW IN SUPPORT OF HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests a 90-day extension of time in which to file the Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255. In support of his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on August 12, 2014. For the reasons provided below, undersigned counsel requests a 90-day extension of time to file the memorandum.

1

Mr. Ra'id's § 2255 Appendix was filed with this Court on June 13, 2014. On July 17, 2014, undersigned counsel filed a motion requesting a court order to allow Dr. Cunningham an in-person clinical evaluation with Mr. Ra'id. In the July 17, 2014 motion, counsel explained that while under normal circumstances, such an evaluation would not require the Court's intervention, USP -Terre Haute now requires court orders to schedule visits by mental health experts. The July 17, 2014 motion explained the significance of Dr. Cunningham to Mr. Ra'id's capital trial, as well as his relevance to the current § 2255 proceedings. As of today's date, the July 17, 2014 motion is still pending.

Additionally, undersigned counsel represents Pennsylvania death row inmate Hubert Michael. On July 24, 2014, Pennsylvania Governor Tom Corbett issued a warrant for Mr. Michael's execution, setting an execution date of September 22, 2014. This execution warrant followed the denial of relief by the Third Circuit Court of Appeals on June 30, 2014, which had previously stayed Mr. Michael's November 2012 execution warrant. This end-stage litigation in Mr. Michael's case is undoubtedly demanding, and has consumed much of counsel's time over the past several months. The present under-warrant litigation has hindered counsel's ability to adequately research and prepare Mr. Ra'id's Memorandum of Law.

2

Accordingly, Movant respectfully requests a 90-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested 90-day extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before November 10, 2014.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of
Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: August 5, 2014

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 5th day of August, 2014, I

electronically filed with the Clerk of Court using the CM/ECF system:


/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org