**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

UNITED STATES OF AMERICA,    )
                             )
Plaintiff,                   )
                             )
vs.                          )  NO. 3:02-CR-116
                             )
ODELL CORLEY,                )
                             )
Defendant.                   )

### ORDER

This matter is before the Court on: (1) Movant Ra'id's Motion for Order Permitting Mental Health Evaluation, filed on July 17, 2014; and (2) Movant Ra'id's Unopposed Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion, filed on August 5, 2014.  After due consideration, and noting no objection from the Government, these motions are **GRANTED**.

It is **ORDERED** that the United States Penitentiary at Terre Haute, Indiana, shall grant Dr. Cunningham access to Inmate Odell Corley a/k/a Nasih Ra'id for purposes of this mental health evaluation at a time convenient to both the institution and Dr. Cunningham.

It is **FURTHER ORDERED** that Petitioner, Odell Corley, shall be afforded up to and including November 10, 2014, in which to file his memorandum in support of his section 2255 motion.

DATED:  August 11, 2014          /s/RUDY LOZANO, Judge
                                 **United States District Court**