**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, a/k/a | : |  |
| NASIH RA'ID, | : |  |
| Movant. | : |  |

_____  :

**MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION**
**OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW**
**IN SUPPORT OF HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 90-day

extension of time in which to file the Memorandum of Law in support of his

Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  The

Government does not oppose the granting of this request.  In support of his

request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on November 10, 2014.

For the reasons provided below, undersigned counsel requests a 90-day extension

of time to file the memorandum.

Mr. Ra'id's § 2255 Appendix was filed with this Court on June 13, 2014.

On July 17, 2014, undersigned counsel filed a motion requesting a court order to

allow Dr. Cunningham an in-person clinical evaluation with Mr. Ra'id.  In the July 17, 2014 motion, counsel explained that USP -Terre Haute now requires court orders to schedule visits by mental health experts.  The July 17, 2014 motion explained the significance of Dr. Cunningham to Mr. Ra'id's capital trial, as well as his relevance to the current § 2255 proceedings.  On August 11, 2014, this Court granted the motion allowing for Dr. Cunningham's evaluation at USP-Terre Haute.

Dr. Cunningham's calendar was reserved for much of the Autumn with work and travel obligations. An evaluation date was finally settled upon and is firmly scheduled for November 24, 2014 at USP-Terre Haute.  Undersigned counsel is requesting an extension of time so that the evaluation can take place, and to allow counsel to consult with Dr. Cunningham and discuss his psychological conclusions.

Additionally, undersigned counsel has previously kept this Court apprised of the ongoing FOIA litigation involving the FBI.  Undersigned counsel can now report that the parties are negotiating resolution of the FOIA litigation and anticipates that the matter will be resolved in the next 60-90 days.

Accordingly, Movant respectfully requests a 90-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion.

2

Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested 90-day extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before February 8, 2015.

Respectfully submitted,

/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: November 4, 2014

**CERTIFICATE OF SERVICE**

I, Billy H. Nolas, hereby certify that on this 4th day of November, 2014, I

electronically filed with the Clerk of Court using the CM/ECF system:


/s/ Billy H. Nolas
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org