## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____    :

UNITED STATES OF AMERICA,    :     No. 3:02-CR-116

   :

         Respondent    :     **CAPITAL 2255 PROCEEDINGS**

   :

         -v-    :     HON. RUDY LOZANO, USDJ

   :

ODELL CORLEY, a/k/a    :

NASIH RA'ID,    :

         Movant.    :

_____    :

## NOTICE OF FILING
## OF SUPPLEMENT TO APPENDIX

Movant, Nasih Ra'id, through counsel, respectfully notifies the Court that he is filing a supplement to his § 2255 Appendix. This Court previously granted Movant's motion for an order permitting a mental health evaluation by Dr. Mark Cunningham. As explained in prior pleadings, Dr. Mark Cunningham was scheduled to interview Movant on November 24, 2014 at USP-Terre Haute. This evaluation took place as scheduled and Dr. Cunningham has executed a supplement to his June 6, 2014, Affidavit, which was included in the Appendix filed with this Court on June 13, 2014.

Respectfully submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: February 2, 2015

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 2nd day of February, 2015, I

electronically filed the instant pleading with the Clerk of Court using the CM/ECF

system:

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org