**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____

UNITED STATES OF AMERICA,        :        No. 3:02-CR-116

                 :

           Respondent      :   **CAPITAL 2255 PROCEEDINGS**

                 :

        -v-               :   HON. RUDY LOZANO, USDJ

                 :

ODELL CORLEY, a/k/a         :

NASIH RA'ID             :

          Petitioner.       :

_____   :

<u>**SUPPLEMENT TO APPENDIX**</u>

**TO**

**§ 2255 MOTION TO VACATE**
**CONVICTION AND SENTENCE**

February 2, 2015

## Index to Petitioner's Appendix

1.    National Academy of Sciences - Strengthening Forensic Science in the United States: A Path Forward, August 2009...................................................................................000001

2.    Affidavit/Declaration of John Theis, Esquire............................................................000351

3.    Affidavit/Declaration of P. Jeffrey Schlesinger, Esquire...........................................000356

4.    Affidavit of Cheri L. Hodson.....................................................................................000365

5.    September 9, 2013 - Forensic Psychological Evaluation of Odell Corley aka Nasih Khalil Ra'id by Dr. Jethro Toomer.......................................................................000373

6.    September 23, 2013 - Psychiatric Evaluation of Odell Corley aka Nasih Khalil Ra'id by Dr. Richard G. Dudley, Jr..........................................................................000384

7.    April 22, 2004 - Neurophychological Evaluation of Odell Corley aka Nasih Khalil Ra'id by Dr. Bryan Hudson.......................................................................000388

8.    Declaration of Dr. Bryan Hudson...............................................................................000394

9.    Affidavit of Dr. Mark Cunningham.............................................................................000398

10.   Supplemental Affidavit of Dr. Mark Cunningham......................................................000401

## SUPPLEMENTAL AFFIDAVIT OF MARK D. CUNNINGHAM, PH.D., ABPP
Pursuant to 28 U.S.C. § 1746

I, Mark D. Cunningham, Ph.D., ABPP, do hereby depose and state as follows:

1.      I am a clinical and forensic psychologist licensed and qualified to practice psychology in the states of Alabama, Arizona, Arkansas, Colorado, Connecticut, Florida, Idaho, Illinois, Indiana, Iowa, Kentucky, Louisiana, Nevada, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, and Washington.  I attach my curriculum vitae. I am over age 21. I have personal knowledge of the facts contained in this affidavit and I am competent to testify about them.

2.      I am the same Mark D. Cunningham, Ph.D., ABPP who testified regarding future violence risk assessment (future dangerousness) at the capital penalty phase hearing of Odell Corley, a/k/a Nasih Khalil Ra'id, on October 21, 2004; and who provided an affidavit dated June 9, 2014.

3.      Federal habeas counsel for Mr. Ra'id requested that I review records and mitigation investigation summaries, and interview Mr. Ra'id to identify what factors I could have testified to in mitigation had I been asked by defense counsel to do so at his capital sentencing phase. I have accomplished these procedures and supplement my June 9, 2014 affidavit on the basis of the information obtained.

4.      From these evaluation procedures, I have identified a number of adverse developmental and life trajectory factors present in Mr. Ra'id's background that singly and collectively increased the likelihood of his having teen and adult outcomes that were marred by substance abuse/dependence, relationship dysfunction, psychological disorder, and/or criminally violent outcome. These factors also formed the trajectory leading to his capitally charged conduct.

5.    Among the adverse developmental factors in Mr. Ra'id's background are:

*Trans-generational:*

- Hereditary predisposition to substance abuse and dependence

- Hereditary predisposition to mood disorder and personality disturbance

- Generational family dysfunction

*Neuro-developmental:*

- Childhood head injury

- Hyperactivity and attention problems in childhood

- Chronic stress in childhood

*Parenting and Family:*

- Mother was teen at parenting onset

- Inadequate maternal bonding

- Father's alcohol abuse

- Father's violence and criminality

- Emotional rejection by father and stepmothers

- Emotional, physical, and supervisory neglect

- Physical and emotional abuse

- Observation of and coerced participation in the abuse of siblings

- Recurrent childhood exposure to adult sexual acts

- Mother's promiscuity

- Deviant family sexuality and incest

Appendix - 000403

- Sexual abuse

- Chaotic family structure and sequential stepfather figures

- Deaths of family members

*Community:*

- Racial prejudice and bigotry

*Disturbed trajectory* (i.e., factors resulting from the above, but resulting in further developmentally damaging impact):

- Childhood onset alcohol and drug abuse

- Cocaine dependence from early adulthood

- Mood disorder and personality disturbance

- Relationship and employment instability

6.    In considering the relationship of development to criminally violent outcomes, there is an extensive body of research and U.S. Department of Justice findings on the critical role that developmental experience has on the likelihood of delinquency in adolescence and criminality/criminal violence in adulthood. This literature identifies that cumulative "risk" and "protective" factors account for much of the differences in who does or does not end up in chronic delinquency, criminality, and criminal violence.

7.    Research findings and clinical/developmental perspectives were available at the time of Mr. Ra'id's capital sentencing phase that would have illustrated the nexus between the factors specified above and adverse adult outcomes, including criminality and criminal violence. In the absence of expert testimony regarding these research findings and clinical/developmental perspectives, Mr. Ra'id's capital jury had no

Appendix - 000404

mechanism to give informed weight to the limited history of adversity presented by the defense.

8.     Had I been requested to do so, I could have evaluated and testified regarding these adverse developmental factors and their implications at his capital sentencing phase.

9. The defendant's life and individual circumstances provide significant psychological mitigating evidence that I could have described for the jury. This mitigating evidence is not in conflict with the limited testimony that defense counsel elicited from me at capital sentencing, and could have been integrated into a complete and meaningful presentation.

[continued on next page]

10.  All opinions stated in this affidavit are held to a reasonable degree of certainty.

I hereby declare under the penalty of perjury of the laws of the State of Texas and the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this 30th day of January, 2015 at Austin, Texas.

Mark D. Cunningham, Ph.D., ABPP

## ACKNOWLEDGEMENT

STATE OF TEXAS

COUNTY OF TRAVIS

Before me, _____Ivette I. Jasso_____, a notary public,

on this day personally appeared Mark D. Cunningham, Ph.D., ABPP, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this 30th day of January, 2015.



IVETTE I. JASSO
MY COMMISSION EXPIRES
June 30, 2015