# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____  :

UNITED STATES OF AMERICA,      :          No. 3:02-CR-116

                Respondent      :     **CAPITAL 2255 PROCEEDINGS**

       -v-           :     HON. RUDY LOZANO, USDJ

ODELL CORLEY, a/k/a          :
NASIH RA'ID,             :
             Movant.      :

_____  :

## MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW IN SUPPORT OF HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests a 90-day extension of time in which to file the Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  The Government does not oppose the granting of this request.  In support of his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on February 8, 2014.  As this Court is aware, however, Movant is engaged in related FOIA litigation involving the FBI.  This litigating remains ongoing.  Pursuant to a scheduling order entered on November 20, 2014, summary judgment motions and responses are to be filed by early April, 2015.

Accordingly, Movant respectfully requests a 90-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion. Undersigned counsel contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has indicated that the Government does not oppose Mr. Ra'id's requested 90-day extension.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before May 9, 2015.

Respectfully submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: February 2, 2015

# CERTIFICATE OF SERVICE

I, Billy H. Nolas, hereby certify that on this 2nd day of February, 2015, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system:

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org