# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____  :
                                           :
UNITED STATES OF AMERICA,                  :        No. 3:02-CR-116
                                           :
               Respondent                  :   **CAPITAL 2255 PROCEEDINGS**
                                           :
          -v-                              :    HON. RUDY LOZANO, USDJ
                                           :
ODELL CORLEY, a/k/a                        :
NASIH RA'ID,                               :
               Movant.                     :
_____  :

### MOVANT RA'ID'S REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW IN SUPPORT OF HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255. In support of his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on May 11, 2015. As this Court is aware, however, Movant is engaged in related FOIA litigation involving the FBI. This litigating remains ongoing. All briefing is now complete, and just yesterday the court scheduled a June 26, 2015, hearing on the Motions for Summary Judgment.

Accordingly, Movant respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion. Undersigned counsel made several attempts to reach counsel for the Government, Assistant U.S. Attorney Daniel Bella, to ascertain the Government's position on the instant request, but did not hear back from counsel.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before July 10, 2015.

Respectfully submitted,

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: May 5, 2015

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 5th day of May, 2015, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system:

/s/ Jennifer Givens
Billy H. Nolas
PA Bar No. 83177
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org