# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____
                        :

UNITED STATES OF AMERICA,       :       No. 3:02-CR-116
                         :

            Plaintiff,       :    **CAPITAL 2255 PROCEEDINGS**
                         :

            -v-          :    HON. RUDY LOZANO, USDJ
                         :

ODELL CORLEY, a/k/a         :
NASIH RA'ID                :
            Defendant.   :
_____  :

## ORDER

This matter is before the Court on the Movant Ra'id's Request for an Extension of Time in Which to File the Memorandum of Law in support of his § 2255 Motion, filed by Defendant Odell Corley a/k/a Nasih Ra'id, on May 5, 2015 (DE #933).  After due consideration, the Request is hereby **GRANTED.** Defendant shall filed his Memorandum of Law on or before July 10, 2015.

SO ORDERED.

DATED: May 6th, 2015

                             /s/Rudy Lozano
                             Judge, United States District Court