**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____
        :

UNITED STATES OF AMERICA,     :     No. 3:02-CR-116
        :
       Respondent     :   **CAPITAL 2255 PROCEEDINGS**
        :
   -v-     :   HON. RUDY LOZANO, USDJ
        :
ODELL CORLEY, a/k/a     :
NASIH RA'ID,     :
      Movant.     :
_____   :

**MOVANT RA'ID'S UNOPPOSED REQUEST FOR AN EXTENSION**
**OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW**
**IN SUPPORT OF HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  In support of his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on July 10, 2015. As this Court is aware, however, Movant is engaged in related FOIA litigation involving the FBI.  This litigating remains ongoing.  All briefing is now complete, and on June 29, 2015, the court held oral argument on the cross motions for summary judgment.  The court provided indications that a preliminary order on the motions is imminent.

Additionally, Attorney Billy Nolas recently left the Federal Community Defender Office, and undersigned counsel Givens is resigning effective August 3, 2015.  Thus, another qualified attorney from the Federal Community Defender Office will soon seek to enter an appearance as new counsel for Mr. Ra'id.

Accordingly, Movant respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion. Undersigned contacted counsel for the Government, Assistant U.S. Attorney Daniel Bella, who has no objection to the instant request.

2

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before September 8, 2015.

Respectfully submitted,

/s/ Jennifer Givens
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Billy_Nolas@fd.org
Jennifer_Givens@fd.org

Dated: July 2, 2015

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 2nd day of July, 2015, I

electronically filed the instant pleading using the CM/ECF system:

/s/ Jennifer Givens
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Jennifer_Givens@fd.org