# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____  :

UNITED STATES OF AMERICA,    :          No. 3:02-CR-116

                             :
            Respondent       :    **CAPITAL 2255 PROCEEDINGS**
                             :
        -v-                  :    HON. RUDY LOZANO, USDJ
                             :
ODELL CORLEY, a/k/a          :
NASIH RA'ID                  :
            Petitioner.      :
_____  :

## ORDER

AND NOW, this 2nd day of July, 2015, upon Odell Corley's Unopposed Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion, the Request is hereby GRANTED.  Odell Corley shall filed his Memorandum of Law on or before September 8, 2015.

SO ORDERED,


                    **/s/Rudy Lozano**
                    **Judge, United States District Court**