AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| <u>USA</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:02-CR-116 |
| <u>Odell Corley</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Odell Corley</u>

Date:    <u>07/28/2015</u>

_____
*Attorney's signature*

<u>Jennifer Chiccarino, PA 88509</u>
*Printed name and bar number*

Federal Community Defender Office for the Eastern
District of Pennsylvania
Suite 545 West, 601 Walnut Street
<u>Philadelphia, PA 19106</u>
*Address*

<u>jennifer_chiccarino@fd.org</u>
*E-mail address*

<u>(215) 928-0520</u>
*Telephone number*

<u>(215) 928-0826</u>
*FAX number*