# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, a/k/a | : |  |
| NASIH RA'ID, | : |  |
| Movant. | : |  |
|  | : |  |

_____

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned Attorney Givens hereby seeks leave of Court to withdraw as counsel for Movant Ra'id.  In support of this request, counsel states as follows:

On February 2, 2009, this Court appointed the Capital Habeas Unit of the Federal Community Defender Office ("FCDO") for the Eastern District of Pennsylvania to represent Movant Ra'id in his capital §2255 proceedings.  On March 4, 2009, this Court granted the applications of Attorneys Givens and Nolas to appear *pro hac vice* on behalf of Movant Ra'id.  Attorney Nolas no longer works for the FCDO in Philadelphia, and Attorney Givens has tendered her resignation and will be leaving the Office on August 3, 2015, in order to accept a new position as Legal Director of the Innocence Project Clinic at the University of Virginia School of Law.  Accordingly, Attorney Givens now seeks leave of Court to withdraw as counsel for Mr. Ra'id.  Additionally, undersigned counsel requests that this Court remove Attorney Nolas as counsel for Mr. Ra'id as well.

Jennifer Chiccarino, another Assistant Federal Defender in the Capital Habeas Unit of the Federal Defender Office, has already filed her appearance on behalf of Mr. Ra'id. Undersigned counsel has discussed the transition in counsel with her client, who consents to substitution.

WHEREFORE, undersigned counsel respectfully requests that this Court remove Attorneys Givens and Nolas as counsel for Movant Ra'id.

Respectfully submitted,

/s/ Jennifer Givens
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Jennifer_Givens@fd.org

Dated: July 29, 2015

## CERTIFICATE OF SERVICE

I, Jennifer L. Givens, hereby certify that on this 29th day of July, 2015, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system:

/s/ Jennifer Givens
Jennifer Givens
PA Bar No. 95135
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Jennifer_Givens@fd.org