# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

_____
                                           :
UNITED STATES OF AMERICA,      :        No. 3:02-CR-116
                                           :
                     Respondent     :   **CAPITAL 2255 PROCEEDINGS**
                                           :
          -v-                          :    HON. RUDY LOZANO, USDJ
                                           :
ODELL CORLEY, a/k/a                :
NASIH RA'ID                          :
               Petitioner.            :
_____    :

## ORDER

AND NOW, this 30th day of July, 2015, upon the Motion for Leave to

Withdraw as counsel for Movant Corley/Ra'id, the Motion is hereby GRANTED.

Attorneys Givens and Nolas are removed as counsel for Movant.

SO ORDERED.

/s/Rudy Lozano
**Judge, United States District Court**