AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| USA | ) |
| _Plaintiff_ | ) |
| v. | ) Case No.  3:02-CR-116 |
| Odell Corley | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Odell Corley

Date:  07/31/2015

_Attorney's signature_

Leor Veleanu, PA   95129
_Printed name and bar number_
Federal Community Defender Office for the
    Eastern District of PA
601  Walnut Street, Suite  545  W
Philadelphia, PA    19106
_Address_

Leor_Veleanu@fd.org
_E-mail address_

215 928 0520
_Telephone number_

215 928 0826
_FAX number_