### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____ :
                                :
UNITED STATES OF AMERICA,       :          No. 3:02-CR-116
                                :
            Respondent          :     **CAPITAL 2255 PROCEEDINGS**
                                :
        -v-                     :     HON. RUDY LOZANO, USDJ
                                :
ODELL CORLEY, a/k/a             :
NASIH RA'ID,                    :
            Movant.             :
_____ :

### MOVANT RA'ID'S REQUEST FOR AN EXTENSION
### OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW
### IN SUPPORT OF HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  In support of his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on September 8, 2015. As this Court is aware, however, Movant is engaged in related FOIA litigation involving the FBI.  On August 8, 2015, U.S. District Judge Pratter, the judge

assigned to the FOIA matter (*Johnson v. FBI*, Case No. 14-720[1]) in the Eastern

District of Pennsylvania, issued an order finding:

> On or before September 25, 2015, Defendant shall either (a) release to Ms. Johnson the materials responsive to her FOIA request, or (b) file and serve a renewed motion for summary judgment, along with any supplemental affidavits or declarations. If Defendant does not release to Ms. Johnson the materials responsive to her FOIA request, Plaintiff shall file and serve her renewed motion for summary judgment on or before October 16, 2015. Responses to any motions for summary judgment shall be filed and served within twenty-one (21) days after service of the motion.

By September 25, 2015, the FBI will either disclose the requested

documents or the parties will submit their respective motions for summary

judgment. Accordingly, Movant respectfully requests a 60-day extension of time

in which to file the Memorandum of Law in support of his § 2255 Motion.

Undersigned counsel has attempted to contact counsel for the Government,

Assistant U.S. Attorney Daniel Bella, to ascertain the Government's position on

the instant request, however, undersigned counsel has not heard back from Mr.

Bella as of the date of this filing.

---

[1] Ms. Johnson is an investigator with the Federal Community Defender Office for the Eastern District of Pennsylvania. Ms. Johnson initiated the FOIA request in Mr. Corley's case as his assigned investigator, and is thus the named Plaintiff in the FOIA litigation.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before November 9, 2015.

Respectfully submitted,

/s/ LEOR VELEANU
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
leor_veleanu@fd.org

Dated: September 3, 2015

## CERTIFICATE OF SERVICE

I, Leor Veleanu, hereby certify that on this 3rd day of September, 2015, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system.

Respectfully submitted,

/s/ LEOR VELEANU
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
leor_veleanu@fd.org

Dated: September 3, 2015