## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
| | : | |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. RUDY LOZANO, USDJ |
| | : | |
| ODELL CORLEY, a/k/a | : | |
| NASIH RA'ID | : | |
| Petitioner. | : | |

_____  :

### ORDER

After due consideration of Mr. Corley's Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion (DE #944), the Request is hereby **GRANTED**. Mr. Corley shall filed his Memorandum of Law on or before November 9, 2015.

SO ORDERED.

**Dated: September 8, 2015**          **/s/Rudy Lozano**
                                       **Judge, United States District Court**