# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| _____ : | |
| UNITED STATES OF AMERICA, : | No. 3:02-CR-116 |
| : | |
| Respondent : | **CAPITAL 2255 PROCEEDINGS** |
| : | |
| -v- : | HON. RUDY LOZANO, USDJ |
| : | |
| ODELL CORLEY, a/k/a : | |
| NASIH RA'ID, : | |
| Movant. : | |
| _____ : | |

**MOVANT RA'ID'S REQUEST FOR AN EXTENSION
OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW
IN SUPPORT OF HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day

extension of time in which to file the Memorandum of Law in support of his

Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  In support of

his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on November 9, 2015.

As this Court is aware, however, Movant is engaged in related FOIA litigation

involving the FBI.  On August 8, 2015, U.S. District Judge Pratter, the judge

assigned to the FOIA matter (_Johnson v. FBI_, Case No. 14-720) in the Eastern

District of Pennsylvania, issued an order finding:

On or before September 25, 2015, Defendant shall either (a) release to Ms. Johnson the materials responsive to her FOIA request, or (b) file and serve a renewed motion for summary judgment, along with any supplemental affidavits or declarations. If Defendant does not release to Ms. Johnson the materials responsive to her FOIA request, Plaintiff shall file and serve her renewed motion for summary judgment on or before October 16, 2015. Responses to any motions for summary judgment shall be filed and served within twenty-one (21) days after service of the motion.

Following the FBI's request for a 30 day extension to comply with Judge Pratter's Order, counsel for Mr. Corley received on October 27, 2015, 4045 pages of documents. Undersigned counsel has begun the process of reviewing those documents to determine that extent to which they satisfy, at least in part, the FOIA request. Accordingly, Movant respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion. Undersigned counsel has attempted to contact counsel for the Government, Assistant U.S. Attorney Daniel Bella, to ascertain the Government's position on the instant request, however, undersigned counsel has not heard back from Mr. Bella as of the date of this filing.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before January 8, 2016.

Respectfully submitted,

/s/ LEOR VELEANU
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
leor_veleanu@fd.org


Dated: November 5, 2015

## CERTIFICATE OF SERVICE

I, Leor Veleanu, hereby certify that on this 5th day of November, 2015, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system.

Respectfully submitted,

/s/ LEOR VELEANU
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
leor_veleanu@fd.org