# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____

UNITED STATES OF AMERICA,    :      No. 3:02-CR-116

     :

    Respondent    :  **CAPITAL 2255 PROCEEDINGS**

     :

  -v-    :  HON. RUDY LOZANO

     :

ODELL CORLEY, a/k/a    :
NASIH RA'ID    :
    Petitioner.    :

_____    :

## ORDER

AND NOW, this 5th day of November, 2015, upon Mr. Corley's Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion, the Request is hereby GRANTED.  Mr. Corley shall filed his Memorandum of Law on or before January 8, 2016.

SO ORDERED,

/s/ Rudy Lozano

_____

Rudy Lozano
Judge, United States District Court