Carol R Heise
Midwest Center for Justice L
831 Main Street
Evanston, IL 60202

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**204 SOUTH MAIN STREET**
SOUTH BEND, INDIANA 46601-2194

OFFICIAL BUSINESS

FILED

15 NOV 23 PM 1:30

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

neopost
07/31/2015
**US POSTAGE**

FIRST-CLASS MAIL

$00.48⁵

ZIP 46601
041L11212187

NIXIE          60095  11/16/2015

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
ATTEMPTED NOT KNOWN
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955

ANK