# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

UNITED STATES OF AMERICA,     :     No. 3:02-CR-116

              :

        Respondent     :     **CAPITAL 2255 PROCEEDINGS**

              :

        -v-     :     HON. RUDY LOZANO, USDJ

              :

ODELL CORLEY, a/k/a     :
NASIH RA'ID     :

        Petitioner.     :

_____     :

## ORDER

AND NOW, this _____ day of _____, 2016, upon Mr. Corley's Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion, the Request is hereby GRANTED.  Mr. Corley shall filed his Memorandum of Law on or before March 8, 2016.

SO ORDERED,

_____
Rudy Lozano
Judge, United States District Court