# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

UNITED STATES OF AMERICA,     :          No. 3:02-CR-116

          Respondent        :     **CAPITAL 2255 PROCEEDINGS**

      -v-                :     HON. RUDY LOZANO, USDJ

ODELL CORLEY, a/k/a           :
NASIH RA'ID                   :
      Petitioner.        :
_____     :

## ORDER

AND NOW, this 8th day of January, 2016, upon Mr. Corley's Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion (DE #949), the Request is hereby GRANTED.  Mr. Corley shall filed his Memorandum of Law on or before March 8, 2016.

SO ORDERED,

                  /s/Rudy Lozano
                  Judge, United States District Court