## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____
                                            :
UNITED STATES OF AMERICA,    :         No. 3:02-CR-116
                                            :
               Respondent        :    **CAPITAL 2255 PROCEEDINGS**
                                            :
        -v-                          :         HON. RUDY LOZANO
                                            :
ODELL CORLEY, a/k/a              :
NASIH RA'ID                           :
               Petitioner.           :
_____ :


### ORDER


This matter is before the Court on the "Movant Ra'id's Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion." (DE #951.) After due consideration, the motion is hereby **GRANTED**. Mr. Corley shall filed his Memorandum of Law on or before May 7, 2016.

SO ORDERED,


**Dated: March 8, 2016**            **/s/Rudy Lozano**
                                        **Judge, United States District Court**