## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____  :
:
UNITED STATES OF AMERICA,          :          No. 3:02-CR-116
:
Respondent          :     **CAPITAL 2255 PROCEEDINGS**
:
-v-          :     HON. RUDY LOZANO, USDJ
:
ODELL CORLEY, a/k/a          :
NASIH RA'ID,          :
Movant.          :
_____  :

### MOVANT RA'ID'S REQUEST FOR AN EXTENSION
### OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW
### IN SUPPORT OF HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day

extension of time in which to file the Memorandum of Law in support of his

Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  In support of

his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on May 7, 2016.

As this Court is aware, Movant is engaged in related FOIA litigation involving the

FBI.  On December 15, 2015, undersigned counsel filed a renewed motion for

summary judgment in the FOIA matter (*Johnson v. FBI*, Case No. 14-720) in the

Eastern District of Pennsylvania.  The FBI filed their renewed motion for summary

judgment on February 11, 2016. On March 2, 2016, undersigned counsel filed a

response to the FBI's motion. Petitioner anticipates a final ruling from the district court imminently.  Accordingly, Movant respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion.

Undersigned counsel has attempted to contact counsel for the Government, Assistant U.S. Attorney Daniel Bella, to ascertain the Government's position on the instant request, however, undersigned counsel has not heard back from Mr. Bella as of the date of this filing.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before July 6, 2016.

Respectfully submitted,


/s/ JENNIFER CHICCARINO
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
jennifer_chiccarino@fd.org

Dated: May 5, 2016

2

## CERTIFICATE OF SERVICE

I, Jennifer Chiccarino, hereby certify that on this 5th day of May, 2016, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system.

Respectfully submitted,


/s/ JENNIFER CHICCARINO
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
jennifer_chiccarino@fd.org