## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
|  | : |  |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. RUDY LOZANO, USDJ |
|  | : |  |
| ODELL CORLEY, a/k/a | : |  |
| NASIH RA'ID | : |  |
| Petitioner. | : |  |
| | : | |

_____

### ORDER

AND NOW, this _____ day of _____, 2016, upon Mr. Corley's Request for an Extension of Time in Which to File the Memorandum of Law in Support of his § 2255 Motion, the Request is hereby GRANTED.  Mr. Corley shall filed his Memorandum of Law on or before July 6, 2016.

SO ORDERED,

_____
Rudy Lozano
Judge, United States District Court