# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____
                 :

UNITED STATES OF AMERICA,    :       No. 3:02-CR-116
                 :

       Respondent    :   **CAPITAL 2255 PROCEEDINGS**
                 :

       -v-          :   HON. RUDY LOZANO, USDJ
                 :

ODELL CORLEY, a/k/a       :
NASIH RA'ID             :
       Petitioner.     :
_____  :

## ORDER

AND NOW, this 5th day of May, 2016, upon Mr. Corley's Request for an

Extension of Time in Which to File the Memorandum of Law in Support of his §

2255 Motion, the Request is hereby **GRANTED**.  Mr. Corley shall filed his

Memorandum of Law on or before July 6, 2016.

SO ORDERED,

                                 **/s/Rudy Lozano**
                                 **Judge, United States District Court**