# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

|  |  |
|---|---|
| | : |
| UNITED STATES OF AMERICA | : |
| | : No. 3:02-CR-116 |
| Movant, | : |
| v. | : **CAPITAL 2255** |
| | : **PROCEEDINGS** |
| ODELL CORLEY, a/k/a | : |
| NASIH RA'ID, | : HON. RUDY LOZANO, USDJ |
| | : |
| Movant. | |

**MOVANT RA'ID'S MOTION TO AMEND HIS MOTION TO VACATE, SET ASIDE, OR CORRECT THE JUDGMENT AND SENTENCE UNDER 28 U.S.C. § 2255 IN LIGHT OF *JOHNSON V. UNITED STATES*, 135 S. Ct. 22551 (2015), AND MEMORANDUM IN SUPPORT**

Movant, Nasih Ra'id, through counsel, hereby submits his Motion to Amend His Motion to Vacate, Set Aside, or Correct the Judgment and Sentence Under 28 U.S.C. § 2255 in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and in support thereof, states the following:

1.    In 2004, Mr. Ra'id was convicted of, inter alia, murder during a conspiracy to commit armed bank robbery and sentenced to death. *United States v. Corley*, No. 3:02-CR-116 (N.D. Ind.). His timely appeal was denied by the Seventh Circuit. *United States v. Corley*, 519 F.3d 716 (7th Cir. 2008). The United States Supreme Court denied his Petition for Writ of Certiorari on January 21, 2009.

1

*Corley v. United States*, 129 S. Ct. 1000 (2009). Mr. Ra'id's § 2255 Motion was filed on January 19, 2010 (Dkt. 883).

2.      On June 26, 2015, the Supreme Court decided *Johnson v. United States*, 135 S. Ct. 2551 (2015). On April 18, 2016, the Supreme Court held that *Johnson* is substantive and retroactive. *See United States v. Welch*, 246 S. Ct. 1257 (2016).

3.      Mr. Ra'id's amended Ground X is timely under 28 U.S.C. § 2255 (f)(3) because it is filed within one year of the *Johnson* decision.

4.      Section 2242 provides that a habeas application "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242; *see also* Habeas Rule 12 (rules of civil procedure apply to the extent not inconsistent with habeas rules); Advisory Committee Note to Habeas Rule 5 ("civil rule 15(a) may be used to allow the petitioner to amend his petition").

5.      Under Rule 15 of the Federal Rules of Civil Procedure, "[t]he court should give leave to amend when just so requires." FED. R. CIV. P. 15(a)(2). "[T]his mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

6.      Because *Johnson* and *Welch*, which create a new, retroactive rule of constitutional law, were decided after the § 2255 Motion was filed, Mr. Ra'id respectfully submits that justice will be served by permitting amendment of the §

2255 Motion. Moreover, that the Government has not responded to the § 2255 Motion and the Court has not issued its ruling also counsels in favor of amendment. *Rutledge v. United States*, 230 F.3d 1041, 1051 (7th Cir. 2000) ("Until a final ruling has been issued, a district court must consider a petitioner's request to amend his § 2255 petition….").

7.    The proposed amendment is being filed contemporaneously with this Motion.

WHEREFORE, Mr. Ra'id respectfully requests that the Court grant his request and permit him to amend his Motion to Vacate, Set Aside, or Correct the Judgment and Sentence Under 28 U.S.C. § 2255.

Respectfully submitted,

/s/ JENNIFER CHICCARINO
Jennifer Chiccarino
PA Bar No. 88509
Leor Veleanu
PA Bar No. 95129
Federal Community Defender Office for
the Eastern District of Pennsylvania
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
(215) 928-0520
jennifer_chiccarino@fd.org

Dated:    June 23, 2016

3

## CERTIFICATE OF SERVICE

I, JENNIFER CHICCARINO, hereby certify that on this 23rd day of June, 2016, I electronically filed the instant pleading with the Clerk of Court using the CM/ECF system.

Respectfully submitted,

/s/ JENNIFER CHICCARINO
   Jennifer Chiccarino
   PA Bar No. 88509
   Leor Veleanu
   PA Bar No. 95129
   Federal Community Defender Office for
   the Eastern District of Pennsylvania
   601 Walnut Street, Suite 545W
   Philadelphia, PA 19106
   (215) 928-0520
   jennifer_chiccarino@fd.org