## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____  :

UNITED STATES OF AMERICA,  :          No. 3:02-CR-116

          Respondent  :          **CAPITAL 2255 PROCEEDINGS**

                                   :

          -v-  :          HON. RUDY LOZANO, USDJ

                                   :

ODELL CORLEY, a/k/a  :
NASIH RA'ID  :
          Petitioner.  :
_____  :

## ORDER

AND NOW, this 1ˢᵗ day of July, 2016, upon Mr. Corley's Request for an

Extension of Time in Which to File the Memorandum of Law in Support of his §

2255 Motion, the Request is hereby **GRANTED**.  Mr. Corley shall filed his

Memorandum of Law on or before September 6, 2016.

**SO ORDERED**,


                         **/s/Rudy Lozano**
                         **Judge, United States District Court**