# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| _____ | : | |
| UNITED STATES OF AMERICA, | : | No. 3:02-CR-116 |
| | : | |
| Respondent | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. RUDY LOZANO, USDJ |
| | : | |
| ODELL CORLEY, a/k/a | : | |
| NASIH RA'ID, | : | |
| Movant. | : | |
| _____ | : | |

**MOVANT RA'ID'S REQUEST FOR AN EXTENSION
OF TIME IN WHICH TO FILE THE MEMORANDUM OF LAW
IN SUPPORT OF HIS § 2255 MOTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255.  In support of his request, Movant states as follows:

Mr. Ra'id's Memorandum of Law is currently due on September 6, 2016. As this Court is aware, Movant is engaged in related FOIA litigation involving the FBI (*Johnson v. FBI*, Case No. 14-720).  The litigation has been fully briefed in the Eastern District of Pennsylvania and is awaiting a final order from the court.

The FBI filed their renewed motion for summary judgment on February 11, 2016. On May 12, 2016, the district court issued an Order granting Plaintiff's

renewed motion for summary judgment (with certain limitations, the district court ordered disclosure of all the FOIA-responsive records) and denying the renewed motion for summary judgment of the FBI.  On May 23, 2016, the FBI filed a motion for reconsideration. Without explicitly granting reconsideration, the district court allowed the FBI to file another affidavit in support of their claimed FOIA exemptions. Thereafter, on June 20, 2016, the FBI filed a memorandum and third affidavit in support of their exemptions. On July 18, 2016, Plaintiff filed a response to the FBI's memorandum.

Accordingly, Movant respectfully requests a 60-day extension of time in which to file the Memorandum of Law in support of his § 2255 Motion.

Undersigned counsel has attempted to contact counsel for the Government, Assistant U.S. Attorney Daniel Bella, to ascertain the Government's position on the instant request, however, undersigned counsel has not heard back from Mr. Bella as of the date of this filing.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Memorandum of Law in support of his § 2255 Motion on or before November 7, 2016.

2

Respectfully submitted,


/s/ LEOR VELEANU
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Leor_Veleanu@fd.org

Dated: September 1, 2016

## CERTIFICATE OF SERVICE

I, LEOR VELEANU, hereby certify that on this 1st day of September, 2016,

I electronically filed the instant pleading with the Clerk of Court using the

CM/ECF system.

Respectfully submitted,


/s/ LEOR VELEANU
Leor Veleanu
PA Bar No. 95129
Jennifer Chiccarino
PA Bar No. 88509
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Leor_Veleanu@fd.org