**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

_____  :

UNITED STATES OF AMERICA,      :       No. 3:02-CR-116
                               :
            Respondent         :    **CAPITAL 2255 PROCEEDINGS**
                               :
        -v-                    :    HON. RUDY LOZANO, USDJ
                               :
ODELL CORLEY, a/k/a            :
NASIH RA'ID                    :
            Petitioner.        :
_____  :

**ORDER**

AND NOW, this 2nd day of September, 2016, upon Mr. Corley's Request for

an Extension of Time in Which to File the Memorandum of Law in Support of his

§ 2255 Motion (DE #966), the Request is hereby **GRANTED**.  Mr. Corley shall

filed his Memorandum of Law on or before November 7, 2016.

SO ORDERED,

**/s/Rudy Lozano**
**Judge, United States District Court**