# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

_____

UNITED STATES OF AMERICA,  :     No. 3:02-CR-116

        Respondent      :    **CAPITAL 2255 PROCEEDINGS**

       -v-           :    HON. RUDY LOZANO, USDJ

ODELL CORLEY, a/k/a  :
NASIH RA'ID,  :
         Movant.     :

_____ :

## MOVANT RA'ID'S MOTION TO STAY THE FILING OF HIS MEMORANDUM OF LAW IN SUPPORT OF HIS § 2255 MOTION

Movant, Nasih Ra'id, through counsel, respectfully requests this Court stay the filing of his Memorandum of Law in support of his Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255. In support of his request, Movant states as follows:

1.     Mr. Ra'id's Memorandum of Law is currently due on November 7, 2016.

2.     On June 23, 2016, Mr. Ra'id requested that this Court allow an amendment to his pending 2255 motion in light of the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 22551 (2015). (Document

956). On June 29, 2016, this Court granted Mr. Ra'id's request to amend. (Document 957).

3.  The crux of Mr. Ra'id's amended claim is that the language of the federal statute declared unconstitutionally vague in *Johnson* is materially identical to the language of 18 U.S.C. § 924(c). Mr. Ra'id was convicted of assaulting and putting in jeopardy the life of another person during the commission of a bank robbery in violation of 18 U.S.C. § 2113(d) (Count 2), possessing of firearm during a "crime of violence" in violation of 18 U.S.C. § 924(c) (Count 4), possessing a firearm during a "crime of violence" that resulted in a murder, in violation of 18 U.S.C. § 924(j) & (c)(3) (Counts 5 and 10). Mr. Ra'id was sentenced to death on Counts 5 and 10.

4.  On September 29, 2016, the United States Supreme Court granted a petition for writ of certiorari in *Lynch v. Dimaya*, No. 15-1498. The question presented in *Dimaya* is "[w]hether 18 U.S.C. 16(b), as incorporated into the Immigration and Nationality Act's provisions governing an alien's removal from the United States, is unconstitutionally vague." The language argued to be vague under 18 U.S.C. § 16(b) in *Dimaya* is materially identical to the language Mr. Ra'id argues is unconstitutionally vague under U.S.C. § 924(c)(3).

2

5.      The United States Court of Appeals for the Seventh Circuit also has pending before it a case that will inform this Court on the implications of *Johnson* to U.S.C. § 924(c)(3).  In *United States v. Douglas Jackson*, No. 3693, one of the issues presented is: "Whether sex trafficking of a minor constitutes a "crime of violence" pursuant to 18 U.S.C. § 924(c)(3) after the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015)?"

6.      Ultimately, the opinions in both *Dimaya* and *Jackson* will, in all likelihood, have a precedential effect on how this Court must decide Mr. Ra'id's *Johnson* claim in his amended 2255 motion. Staying the filing of Mr. Ra'id's Memorandum of Law until both the Seventh Circuit and the United States Supreme Court provide guidance on this issue would be prudent rather than this Court delving into a matter that at this juncture remains legally unresolved.

WHEREFORE, Movant respectfully requests an abeyance in filing the Memorandum of Law in support of his § 2255 Motion.  Movant proposes that he be allowed to file his Memorandum of Law within sixty days of the United States Supreme Court's decision in *Dimaya*.

Respectfully submitted,


/s/ LEOR VELEANU
Leor Veleanu
Assistant Federal Defender
Jennifer Chiccarino
Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Leor_Veleanu@fd.org

Dated: October 25, 2016

4

## CERTIFICATE OF SERVICE

I, LEOR VELEANU, hereby certify that on this 25th day of October, 2016,

I electronically filed the instant pleading with the Clerk of Court using the

CM/ECF system.

Respectfully submitted,


/s/ LEOR VELEANU
Leor Veleanu
Jennifer Chiccarino
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520
Leor_Veleanu@fd.org