UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA    )
                            )
              v.            )    Cause No.  3:02 CR 116
                            )
ODELL CORLEY                )

## GOVERNMENT'S NOTICE OF ADDITIONAL AUTHORITY

Comes now the United States of America by David Capp, United States

Attorney for the Northern District of Indiana, and says as follows:

On October 31, 2016, the government filed its *Government's Response*

*To Defendant's Motion To Stay The Filing Of His Memorandum Of Law* (DE

970).  On November 1, 2016, the Seventh Circuit Court of Appeals decided

*United States v. Armour*, No. 15-2170 (November 1, 2016).  In *Armour*, the

Seventh Circuit held that federal bank robbery is a crime of violence under

the "elements" clause of the definition of a crime of violence in 18 U.S.C.

§924(c):

> Armour was convicted of using, carrying, and/or
> brandishing a firearm "during and in relation to any crime of
> violence" in violation of 18 U.S.C. § 924(c). Armour argues that
> the Supreme Court's decision in *Samuel Johnson* requires us to
> reverse his conviction on that count because attempted armed
> bank robbery does not qualify as a "crime of violence" for
> purposes of §924(c). We disagree because the federal crime of
> attempted armed bank robbery qualifies as a crime of violence

1

under the "elements" clause of the definition, which is not unconstitutionally vague.

 ….

 [R]obbery by intimidation under § 2113(a) and robbery by assault by a dangerous weapon or device under § 2113(d) have as an element the use, attempted use, or threatened use of physical force against the person or property of another and thus qualify as crimes of violence under §924(c).

The Seventh Circuit's decision in *Armour* is in accord with the reasoning of, and lends further support to, the *Government's Response To Defendant's Motion To Stay The Filing Of His Memorandum Of Law.*

  Respectfully submitted,

  DAVID CAPP,
  UNITED STATES ATTORNEY

 By: /s/Daniel L. Bella
  Daniel L. Bella
  Assistant United States Attorney
  5400 Federal Plaza, Suite 1500
  Hammond, Indiana  46320
  Tel:   (219) 937-5500
  Fax:  (219) 852-2770
  E-mail:  Daniel.Bella@usdoj.gov

*CERTIFICATE OF SERVICE*

I hereby certify that on November 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which sent notification of such filings to counsel of record.

<u>S/Lorene B. Nelson</u>
Lorene B. Nelson
Legal Assistant