UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA   )
                           )
             v.            )        Cause Nos. 3:02-CR-116
                           )
ODELL CORLEY               )


**APPEARANCE**


To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5 (g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.   I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as **counsel** in this case for the government.

S/Jacqueline L. Jacobs
*Signature*

Jacqueline L. Jacobs
*Print Name*

5400 Federal Plaza, Suite 1500
*Address*

Hammond, IN    46320
*City*

219/937-5500
*Phone Number*

219/852-2770
*Fax Number*

*Certificate of Service*

I hereby certify that on November 26, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to each party or attorney of record herein by the electronic case filing system (ECF).

S/Lorene B. Nelson
Lorene B. Nelson
Legal Assistant