UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA )
)
      v. ) CAUSE NO. 3:02 CR 116
)
ODELL CORLEY )

MOTION TO WITHDRAW AUSA DANIEL L. BELLA,
AUSA RANDALL M. STEWART, AUSA BERNARD VAN WORMER,
AUSA SUSAN L. COLLINS AND AUSA NATHANIEL L. WHALEN
<u>FROM THE ELECTRONIC CASE FILING NOTIFICATION</u>

Comes now the United States of America, by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, by Jacqueline L. Jacobs, Assistant United States Attorney, and hereby files a motion to withdraw AUSA DANIEL L. BELLA, AUSA RANDALL M. STEWART, AUSA BERNARD VAN WORMER, AUSA SUSAN L. COLLINS AND AUSA NATHANIEL L. WHALEN from the Electronic Case Filing Notification in the above cause, and in support states as follows:

1.    The undersigned is the Attorney of Record on this case, and has sole responsibility for this case in District Court.

2.    The undersigned requests that AUSA DANIEL L. BELLA, AUSA RANDALL M. STEWART, AUSA BERNARD VAN WORMER, AUSA SUSAN L. COLLINS AND AUSA NATHANIEL L. WHALEN be taken off the electronic case filing notification in cause 3:02 CR 116. AUSA DANIEL L. BELLA, AUSA RANDALL M. STEWART, AUSA BERNARD VAN WORMER, and AUSA SUSAN L. COLLINS are no longer employed by this office. AUSA NATHANIEL L.

WHALEN is no longer assigned to cause 3:02 CR 116.

WHEREFORE, the government respectfully requests that AUSA DANIEL L.

BELLA, AUSA RANDALL M. STEWART, AUSA BERNARD VAN WORMER,

AUSA SUSAN L. COLLINS AND AUSA NATHANIEL L. WHALEN be taken off

the electronic case filing notification in cause 3:02 CR 116.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

S/Jacqueline L. Jacobs
Jacqueline L. Jacobs
Assistant U. S. Attorney

## *Certificate of Service*

I hereby certified that November 27, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to the attorneys of record.

S/Lorene B. Nelson
Lorene B. Nelson
Legal Assistant