UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA    )
                                                        )
                        v.                   )        3:02 CR 116
ODELL CORLEY, A/K/A              )
NASIH RA'ID                              )

**GOVERNMENT'S UNNOPOSED MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through Assistant U.S. Attorney Caitlin M. Padula, and requests a 60-day extension of time in which to file their response to Defendant's Motion to Vacate Conviction and Sentence under 18 U.S.C. § 2255. In support thereof, Government states the following:

1.      The Defendant's Memorandum was filed on 6/18/2018.

2.      The Government has not previously sought any extension of time on Mr. Ra'id's Motion to Vacate under 28 U.S.C. § 2255.

3.      The Government's response to the Motion to Dismiss is due August 2, 2019.

4.      Defendant, through attorney Jennifer Chiccarino, has no objection to the requested continuance.

5.      The Government is seeking an extension of 60 days in which to file

1

their response.

**WHEREFORE**, for the reasons stated above, the government requests an additional 60 days to complete its response to Mr. Rai'd's Motion to Vacate Conviction and Sentence under 18 U.S.C. 2255.

Respectfully submitted,

Thomas L. Kirsch II
UNITED STATES ATTORNEY


*/s/ Caitlin Padula*_____
Caitlin Padula
Assistant United States Attorney

2