**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| **ODELL CORLEY, a/k/a** | : | Hon. Theresa L. Springmann |
| **NASIH RA'ID,** | : | Hammond Division |
| Movant. | : | |
| | : | |

**MOVANT RA'ID'S REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE THE REPLY TO THE GOVERNMENT'S REPONSE IN OPPOSITION TO PETITIONER'S MOTION TO VACATE HIS CONVICTION**

Movant, Nasih Ra'id, through counsel, respectfully requests a 60-day extension of time in which to file the Reply to the Government's Response in Opposition to Petitioner's Motion to Vacate His Conviction. The Government has no objection to this motion. In support his request, Movant states as follows:

1.      Mr. Ra'id filed his Memorandum of Law in Support of Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on June 18, 2018. The Government filed its response on October 1, 2019. Mr. Ra'id's reply presently is due on or before December 2, 2019.

2.      Undersigned counsel requests this extension of time in light of counsel's obligations that necessitate this motion. Undersigned counsel recently conducted an evidentiary hearing in a capital case in Middle District of Pennsylvania and has to file post-hearing briefing. In addition, undersigned counsel had significant involvement in three cases that had execution dates scheduled in Georgia, Texas, and South Dakota for the week of October 30-November 6. In light of undersigned counsel's case deadlines and obligation to produce a thorough and

1

professional adequate submission to this Court, Mr. Ra'id respectfully requests this 60-day extension.

3.     This motion is made in good faith and is not for purpose of delay. This is Mr. Ra'id's first request for an extension of time with respect to his reply.

4.     Undersigned counsel contacted Assistant United States Attorney Caitlin Padula, who stated that she has no objection to this request.

WHEREFORE, Movant Ra'id respectfully requests that the Court grant the requested extension of time and permit Movant to file the Reply to the Government's Response in Opposition to Petitioner's Motion to Vacate His Conviction on or before January 31, 2020.

Respectfully submitted,


/s/ Jennifer Chiccarino
JENNIFER CHICCARINO
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Jennifer_Chiccarino@fd.org


Dated:  November 19, 2019
        Philadelphia, PA

2

**CERTIFICATE OF SERVICE**

I, JENNIFER CHICCARINO, hereby certify that on this 19th day of November, 2019, I

electronically filed the instant pleading with the Clerk of Court using the CM/ECF system.

Respectfully submitted,


/s/ Jennifer Chiccarino
JENNIFER CHICCARINO
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Jennifer_Chiccarino@fd.org