**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| **ODELL CORLEY, a/k/a** | : | Hon. Theresa L. Springmann |
| **NASIH RA'ID,** | : | Hammond Division |
| Movant. | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2019, upon Mr. Ra'id's

Request for an Extension of Time in which to File the Reply to the Government's Response in

Opposition to Petitioner's Motion to Vacate His Conviction, the Request is hereby GRANTED.

Mr. Ra'id shall file the Reply to the Government's Response in Opposition to Petitioner's

Motion to Vacate His Conviction on or before January 31, 2020.

SO ORDERED,

_____
Theresa L. Springmann
Judge, United States District Court