UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## **ORDER**

In consideration of workload and the speedy administration of justice, and pursuant to

N.D. Ind. L.R. 40-1(f)(1), the Clerk is hereby directed to reassign the following cases from Judge

Theresa L. Springmann, to the following judges as the presiders for all further proceedings:

*United States v. Corley*, 3:02-CR-116(1), 3:10-CV-22; *United States v. Johnson*, 3:02-

CR-116(3), 3:16-CV-427; and *United States v. Coopman*, 2:07-CR-196, 2:16-CV-539, are

reassigned to Chief Judge Jon E. DeGuilio;

*United States v. Zitt*, 2:09-CR-35(1), 2:16-CV-489, is reassigned to Judge Philip P.

Simon;

*United States v. Hardin*, 2:13-CR-6(2), 2:19-CV-217, is reassigned to Judge Holly A.

Brady; and

*United States v. Bour*, 2:13-CR-36(1), 2:16-CV-538, is reassigned to Judge Damon R.

Leichty.

SO ORDERED.

ENTERED: June 22, 2020

　　　　　　　/s/ JON E. DEGUILIO
Chief Judge
United States District Court