UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            ) Case No. 3:02-CR-116
   Odell Corely, et al;     )

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5 (g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.   I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as **Counsel** in this case for the government.

s/Philip C. Benson
Signature

 Philip C. Benson
*Print Name*

5400 Federal Plaza, Suite 500
*Address*
Hammond, IN 46320
*City*

219/937-5500
*Phone Number*

*Fax:* 219/852-2770