UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA )
)
     v. )      CAUSE NO. 3:02 CR 116 JED
)
ODELL CORLEY )

## **NOTICE TO WITHDRAW APPEARANCE**

Comes now the United States of America, by Thomas L. Kirsch II,

United States Attorney for the Northern District of Indiana, by Jacqueline L.

Jacobs, Assistant United States Attorney, and respectfully moves to

withdraw her appearance from Case No. 3:02-CR-116.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

S/Jacqueline L. Jacobs
Jacqueline L. Jacobs
Assistant U. S. Attorney
5400 Federal Plaza
Suite 1500
Hammond, IN 46320
Ph: 219-937-5500
Email: Jacky.jacobs@usdoj.gov