UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## PARTIES AGREED STATUS REPORT

Comes now the United States of America, by Thomas L. Kirsh II, United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Philip C. Benson, and Assistant Federal Defender, Leor Veleanu, and hereby file the parties agreed status report as directed by the Court.

On November 11, 2020, a telephonic status conference held with the parties.  On December 8, 2020, this court directed the parties to file a discovery status report by December 15, 2020.

The parties have conferred regarding the extent and scope of discovery in this matter and agree in principle to the following:

1. Depositions and the production of all documents related to the mitigation phase of the trial, for the following expert witnesses:

   Dr. Mark Cunningham
   Dr. Richard Dudley Jr.
   Dr. Jethro Toomer

1

2. Depositions and the production of all documents related to the mitigation phase of the trial, for the following attorneys:

> Attorney Jeffery Slessinger
> Attorney John Theis

The government will be preparing the necessary subpoenas for the above documents within the next seven days. Since review of the requested documents is necessary prior to any depositions, the parties further agree that the government should be allowed leave of the court for early subpoena returns for the above requested documents for on or before January 31, 2020.

The government will also be seeking the production from any and all individuals involved in this matter, all documents related to Dr. Bryan Hudson's reports and affidavits prepared for the mitigation phase of this case and for this petition. This third-party documents' request is necessary because the defense has represented to the government that Dr. Hudson is now deceased. The defense does not object to this request.

The defense *does not agree* to the production of documents and depositions for the following lay witnesses who testified in the death penalty phase of the trial:

1. Barbara Aldridge
2. Cameron Corley
3. Kim Aldridge
4. Deborah Aldridge
5. Russell Aldridge
6. Regina Aldridge

7. Ted Williams
8. Kenya Corley
9. Linda Orange

Additionally, the defense *does not agree* to the production of documents and depositions for the following additional witnesses who have provided evidence used in either the death penalty phase of the trial or for this 2255 petition:

1. Cheri Hodson, mitigation investigator
2. Dr. Mack
3. Odell Corley

Within the next 14 days, the government will be filing a separate motion supporting its request for documents and depositions related to the above three individuals. The defendant requests 14 days to respond to the government's request.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

3

## *Certificate of Service*

I hereby certify that on December 15, 2020, I filed the PARTIES AGREED STATUS REPORT with the Clerk of the Court; such filing made through the CM/ECF filing system to all parties of record.

*S/ Philip C. Benson*

Philip C. Benson
Assistant United States Attorney