UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

**PARTIES AGREED STATUS REPORT**

Comes now the United States of America, by Gary T. Bell, Acting United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Philip C. Benson, and Assistant Federal Defender, Leor Veleanu, and hereby file the parties agreed status report as directed by the Court:

Since the last conference with the court, the defense has tendered to the government a flash drive containing approximately 15,000 pages of documents comprising the penalty phase trial attorney files from Mr. Theis, Mr. Schlesinger, and mitigation specialist Cheri Hodson. The flash drive also contained the background information relied upon by the defense experts. The defense has also tendered the handwritten notes of Dr. Dudley and Dr. Cunningham vias a separate email.

1

Based upon the voluminous nature of these documents, the parties request that the court set this for a status conference at a minimum of 60 days from today's date.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:    s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

## *Certificate of Service*

I hereby certify that on March 26, 2021, I filed the PARTIES AGREED STATUS REPORT with the Clerk of the Court; such filing made through the CM/ECF filing system to all parties of record.

s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

3