UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## PARTIES AGREED STATUS REPORT

Comes now the United States of America, by Tina Nommay, Acting United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Philip C. Benson, and defense counsel, Leor Veleanu, and hereby file the parties agreed status report as directed by the Court.

1. On June 16, 2021, a telephonic court conference was held in this matter. As part of that conference, this court directed the parties to file a discovery status report by September 14, 2021.

2. Since the last telephonic court conference, government counsel has continued to review the 15,000+ pages of discovery supplied by the defense and is approximately two-thirds completed with this review.

3. Additionally, as discussed at the last telephonic court conference, in approximately mid-August, defense counsel supplied to the government Dr. Dudley's dictated interpretation of his hand-written notes

1

regarding his psychiatric evaluations of the defendant. The defense is still in the process of obtaining Dr. Cunningham's dictated interpretation of his hand-written notes.  The defense has indicated that those notes will be tendered to the government once they are obtained from Dr. Cunningham.

4.  The government believes it can complete its review of the documents provided by the defense in approximately 90 additional days. At that time, the government will most likely be able to determine what, if any, additional documents need to be produced and/or which witnesses need to be deposed.

5.  The government and the defense have spoken prior to the filing of this motion.  The defense has no objection to setting another status conference in 90 days.

Wherefore, the government requests that a status conference be set in approximately 90 days to allow the government sufficient time to complete its review of the voluminous materials supplied by the defense.

Respectfully submitted,

TINA NOMMAY
ACTING UNITED STATES ATTORNEY

By:    s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

2