UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## **PARTIES AGREED STATUS REPORT**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Philip C. Benson, Assistant United States Attorney, and defense counsel, Leor Veleanu, and hereby file the parties agreed status report as directed by the Court.

1. On September 16, 2021, this court directed the parties to file a discovery status report by December 27, 2021. Since the last status report, government counsel has continued to review the 15,000+ pages of discovery, as well as the digital audio recordings of the transcription of two expert's notes, supplied by defense counsel.

2. Within the last several months, six AUSA's have either left or retired from the Hammond Division of the United States Attorney's. As a result of these departures, the undersigned has been assigned several cases originally assigned to other AUSA's, some of which were already set for trial.

1

Additionally, the undersigned now serves as the Senior Litigation Counsel and Giglio Officer for this District.

3.  As a result of these additional assignments, the undersigned has been unable to complete his review of the documents provided by the defense However, the government believes it can complete its review of the discovery materials within the next 60 days and will most likely be able to determine what, if any, additional documents need to be produced.

4.  Additionally, since the last status report, the government and defense counsel have spoken and generally discussed which witnesses will need to be deposed.  As a result of these discussions, the parties may have an agreement as to at least four of these witnesses.  Furthermore, during this discussion, defense counsel also indicated that they had no objection to setting another status conference in 60 days.

Wherefore, the government requests that a status conference be set in approximately 60 days to allow the government sufficient time to complete its review of the voluminous materials supplied by the defense.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney