# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL 2255** |
| | : | **PROCEEDINGS** |
| **ODELL CORLEY, a/k/a** | : | |
| **NASIH RA'ID,** | : | Hon. JON E. DeGUILIO |
| Movant. | : | Chief Judge |
| | : | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Attorney Leor Veleanu hereby seeks leave of Court to withdraw as counsel for Movant Ra'id.  In support of this request, counsel states as follows:

Attorney Veleanu has tendered his resignation and will be leaving the Federal Community Defender Office for the Eastern District of Pennsylvania on March 27, 2022, in order to accept a new position at the Office of the Federal Defender for the Middle District of Florida. Accordingly, Attorney Veleanu now seeks leave of Court to withdraw as counsel for Mr. Ra'id.

Co-counsel for Mr. Ra'id, Jennifer Chiccarino, will continue in her representation of Mr. Ra'id, as well as the assignment of at least one additional assistant federal defender.

1

**WHEREFORE**, undersigned counsel respectfully requests that this Court

remove Attorney Veleanu as counsel for Movant Ra'id.

Respectfully submitted,

/s/ Leor Veleanu
LEOR VELEANU
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Leor_Veleanu@fd.org

Dated: March 23, 2022
　　Philadelphia, PA

## CERTIFICATE OF SERVICE

I, Leor Veleanu, hereby certify that on this 23rd day of March, 2022, I electronically filed this pleading with the Clerk of Court using the CM/ECF system which sent notification of such filing to counsel of record.

Respectfully submitted,

/s/ Leor Veleanu
Leor Veleanu
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Leor_Veleanu@fd.org@fd.org

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL 2255** |
| | : | **PROCEEDINGS** |
| **ODELL CORLEY, a/k/a** | : | |
| **NASIH RA'ID,** | : | Hon. JON E. DeGUILIO |
| Movant. | : | Chief Judge |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon the Motion for

Leave to Withdraw as counsel for Movant Corley/Ra'id, the motion is hereby

GRANTED.  Attorney Veleanu is removed as counsel for Movant.

SO ORDERED,

_____

Jon E. DeGuilio, Chief Judge