UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## **PARTIES AGREED STATUS REPORT**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Philip C. Benson, Assistant United States Attorney, and Assistant Federal Defender, Jennifer Chiccarino, and hereby file the parties agreed status report as directed by the Court.

On March 22, 2022, a telephonic status conference held with the parties. At that time, the court directed the parties to file a status report by June 20, 2022.

At the March 22nd status conference, the government believed that it could complete its review of the discovery materials and prepare its discovery requests within the next 90 days. The government has completed its review of the discovery materials supplied by the defense. However, the undersigned has been unable to complete its discovery requests because of additional matters necessitating immediate attention.

1

Since the last telephonic status conference, the undersigned has been involved in the preparation for trial of the following cases that were all set for trial in June; *United States v. French* 2:19 CR 145 , *United States v. Johnson* 2:20 CR 127, and *United States v. Arch*, 2:21 CR 20. French was dismissed shortly before the scheduled trial date of June 6th. Johnson and Arch were both recently continued from their June 26th trial date. Johnson was continued by motion of the defendant and Arch by a joint motion. The recent departure of numerous AUSA's, necessitated the undersigned's late involvement in the trial preparation for both French and Johnson.

The undersigned has spoken with defense counsel, Ms. Chiccarino and she concurs with the need for this additional time.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

### *Certificate of Service*

I hereby certify that on June 17, 2022, I filed the PARTIES AGREED STATUS REPORT with the Clerk of the Court; such filing made through the CM/ECF filing system to all parties of record.


*S/ Philip C. Benson*

Philip C. Benson
Assistant United States Attorney