UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:02-CR-116 JD

ODELL CORLEY A/K/A NASIH RA'ID

## **ORDER**

The parties filed a status report indicating that the Government has completed its review of the discovery materials supplied by the defense. Accordingly, the Court ORDERS as follows:

- the Government must submit its discovery requests by July 19, 2022;

- within 14 days for the Government's submission, the parties must meet and confer regarding the discovery deadlines;

- within 14 days of meeting and conferring, the parties must file the proposed discovery deadlines, or any objections, with the Court for its approval of the deadlines or ruling on any objections.

SO ORDERED.

ENTERED: June 17, 2022

_____/s/ JON E. DEGUILIO_____
Chief Judge
United States District Court