UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

**GOVERNMENT'S REQUEST FOR EXTENSION OF TIME**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Philip C. Benson, Assistant United States Attorney and hereby files its request for an extension of time to file the proper discovery motions in this case. In support of its request the Government states as follows:

On June 20, 2022, the parties filed their agreed status report. In that status report, the Government indicated that it had completed its review of the discovery materials supplied by the defense, but unable to complete its discovery requests.

On June 21, 2022, the court set out a schedule for the discovery process in this case. That order directed the Government to submit its discovery requests to the defense by July 19, 2022.  It further stated  that within 14 days of the Government's submission, the parties must meet and confer regarding discovery deadlines (DE #1038).

1

Due other matters requiring urgent immediate attention, the Government has been unable to even begin, let alone complete, its written discovery requests.

Shortly after the entry of this order, the undersigned became involved in a reactive matter that originated with the Chicago United States Attorney's Office, but due to jurisdictional issues arising in the middle this investigation, ended up with the undersigned. This reactive matter required immediate attention as is involved a minor child subject to both physical and sexual abuse by a legal guardian and others. This matter is still ongoing, but at least for now the child is in a safe place. The details of this investigation can be found in two sealed matters identified by Cause No. 2:22 MJ 93 and 2:22 MJ 94. If requested by the court to substantiate this extension request, the government can provide additional details in a sealed filing of why this sealed matter prevented the undersigned from completing the discovery requests in a timely manner.

In addition to the above, the undersigned's co-counsel in the instant case, AUSA Caitlyn Padula, was preparing for RICO/murder trial of *US .v Eduardo Luciano* which began on July 18, 2022 and is currently still in session.

Based upon all of the above, the Government requests that the Court reset the deadlines for the Government's discovery and allow three additional weeks from today's date for Government submit its discovery requests to the defense and to extend the other dates in the Court's order (DE #1038) accordingly.

The undersigned has spoken with defense counsel, Ms. Chiccarino and she does not object to this request for an extension of time.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

## *Certificate of Service*

I hereby certify that on July 22, 2022, I filed the GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME with the Clerk of the Court; such filing made through the CM/ECF filing system to all parties of record.

*S/ Philip C. Benson*

Philip C. Benson
Assistant United States Attorney