UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## **GOVERNMENT'S REQUEST FOR EXTENSION OF TIME**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Philip C. Benson, Assistant United States Attorney and hereby files its request for an extension of time to file the proper discovery motions in this case. In support of its request the Government states as follows:

Due to urgent matters requiring immediate attention, the court previously granted the government an extension of time up to August 12th, 2020, to submit its discovery requests to the defense. Despite its best efforts, the government has still been unable to begin the formation of these requests.

The reactive matter referenced in the government's previous motion has been a continuously ongoing investigation that will result in an indictment being presented to the grand jury next week. That indictment will represent only part of the anticipated charges in this ongoing investigation.

1

Additionally, the undersigned will be presenting two additional indictments of a reactive nature, also involving the sexual exploitation of children.

In addition to the above, the undersigned has been in almost continuous preparation for an upcoming trial before this court, *United States v. Ranochak et al.* As this court is well aware of, *Ranochak* et al is a very voluminous healthcare fraud matter involving three defendants that is set for trial on September 26th, 2020. It involves almost 50-60 witnesses and investigative agents, almost all which are located in the Fort Wayne vicinity. Additionally, numerous motions are pending before this court which may require oral argument or additional briefing.

Although the undersigned was involved in *Ranochak* prior to the departure of the original Assistant United States Attorney in December of 2021, the undersigned had a very limited role. The previous AUSA had approximately seven years to familiarize themselves with all of the materials required for trial. The undersigned has only had since January of this year to assimilate all of the information necessary to try this case. Despite this limited amount time, the undersigned will be prepared to go forward with this trial on September 26, 2020. However, for this to occur, it will require almost the full-time attention from the undersigned for trial prep.

Despite the above limitations, the undersigned will also make their best efforts to attempt to complete the government's discovery requests in the instant matter prior to the beginning of the *Ranochak* trial, September 26, 2020.

The undersigned has spoken with defense counsel, Ms. Chiccarino, and she does not object to this request for an extension of time.

Based upon all of the above, the Government requests that the Court reset the deadlines for the Government's discovery requests and allow until September 26 ,2022, for Government submit its discovery requests to the defense and to extend the other dates in the Court's order accordingly.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    s/ *Philip C. Benson*
      Philip C. Benson
      Assistant United States Attorney

## *Certificate of Service*


   I hereby certify that on August 12, 2022. I filed the GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME with the Clerk of the Court; such filing made through the CM/ECF filing system to all parties of record.



*S/ Philip C. Benson*

Philip C. Benson
Assistant United States Attorney