UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## <u>GOVERNMENT'S REQUEST FOR EXTENSION OF TIME</u>

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Philip C. Benson, Assistant United States Attorney and hereby files its request for an extension of time to file the proper discovery motions in this case. In support of its request the Government states as follows:

The court previously granted the government an extension of time up to September 26, 2022 to submit its discovery requests to the defense. Despite its best efforts, the government was unable complete its discovery requests.

In addition to the reactive matters referenced in the government's previous motions, for the four weeks prior to the discovery deadline, the undersigned was in constant trial preparation for a trial before this court,

1

*United States v. Ranochak et al.* As this court was well aware of, *Ranochak* et al was a very voluminous healthcare fraud matter involving three defendants that was set for trial on September 26th, 2022. It involved almost 50-60 witnesses and investigative agents, almost all which were located in the Fort Wayne vicinity. Additionally, numerous motions were filed and responded to, in the four weeks before trial. However, just a few days before trial, the defendants entered into plea agreements.

Almost immediately after the plea agreements in this case, the undersigned was also dealing with a reactive matter involving possible harm to a child which required the undersigned's immediate attention. Lastly, the undersigned is also involved in a different Grand Jury investigative matter that has required much of the undersigned's immediate attention. Due to the press of this other work, they undersigned mistakenly thought that a motion to continue this discovery deadline had been filed, but recently realized that had not occurred.

Through email, the undersigned has communicated with defense counsel, Ms. McHugh, and she does not object to this request for an extension of time.

Based upon all of the above, the Government requests that the Court reset the deadlines for the Government's discovery requests for 60 additional

days from today's date, thereby allowing the Government until December 16, 2022, to submit its discovery requests to the defense and to extend the other dates in the Court's order accordingly.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney

## *Certificate of Service*

I hereby certify that on October 20, 2022, I filed the GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME with the Clerk of the Court; such filing made through the CM/ECF filing system to all parties of record.

s/ *Philip C. Benson*

Philip C. Benson
Assistant United States Attorney