UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:02-CR-116 JD

ODELL CORLEY A/K/A NASIH RA'ID

## ORDER

At the November 10, 2022, telephonic status conference, the Court granted the

Government's motion for extension of time to file its discovery requests (DE 1047). This order

memorializes the parties' obligations:

- the Government must submit its discovery requests by February 8, 2023;

- within 14 days of the Government's submission, the parties must meet and confer

  regarding the discovery deadlines;

- within 14 days of meeting and conferring, the parties must file the proposed discovery

  deadlines, or any objections, with the Court for its approval of the deadlines or ruling on

  any objections.

SO ORDERED.

ENTERED: November 10, 2022

_____/s/ JON E. DEGUILIO_____
Chief Judge
United States District Court