# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL § 2255** |
| | : | **PROCEEDINGS** |
| **ODELL CORLEY, a/k/a** | : | |
| **NASIH RA'ID,** | : | Hon. JON E. DeGUILIO |
| Movant. | : | Chief Judge |
| | : | |

## MOVANT NASIH RA'ID'S UNOPPOSED MOTION FOR ORDER AUTHORIZING EXPERT ACCESS

Movant, Nasih Ra'id, through counsel, respectfully requests issuance of an Order directing the United States Penitentiary at Terre Haute, Indiana, to permit Dr. Katherine Porterfield, Ph.D. access to Mr. Ra'id for purposes of a mental health evaluation. In support of his request, Movant states as follows:

1.     Mr. Ra'id is a death-sentenced federal prisoner currently incarcerated at the United States Penitentiary at Terre Haute (USP-Terre Haute). Mr. Ra'id was convicted and sentenced to death by a jury.

2.     Mr. Ra'id, through counsel, filed an amended petition to vacate, set aside or correct the judgment or sentence under 28 U.S.C. § 2255 and a memorandum of law in support of that petition. ECF Nos. 956 and 976. This Court ordered a hearing on Claim VII (ineffective assistance of counsel at sentencing). On November 9, 2020, the government moved for a continuance of

the hearing date in order to conduct discovery in preparation for the hearing.  ECF No. 1002.  At present, the Government's discovery requests are due on February 8, 2023.

3.    During the pendency of these proceedings, an expert witness retained by counsel for Mr. Ra'id, Dr. Richard G. Dudley, Jr., M.D., informed counsel that he could not participate as a witness at the upcoming evidentiary hearing due to his retirement.  As such, counsel for Mr. Ra'id retained Dr. Porterfield to substitute for Dr. Dudley at the upcoming hearing and testify regarding the effects of the childhood and adolescent trauma, abuse and neglect experienced by Mr. Ra'id.

4.    Dr. Porterfield is a clinical psychologist, licensed to practice in the state of New York.  As part of Dr. Porterfield's comprehensive review of the case, it is necessary for her to conduct an in-person evaluation of Mr. Ra'id.

5.    Dr. Porterfield may access Mr. Ra'id at USP-Terre Haute only pursuant to an order from this Court.  USP-Terre Haute has refused to allow these expert evaluations without a court order.  Mr. Ra'id respectfully requests that this Court enter an order directing USP-Terre Haute to permit Dr. Porterfield access to the institution, at times convenient for the expert and the institution, so that she may evaluate Mr. Ra'id.  Movant also requests that, if approved by the Warden, that Dr. Porterfield be permitted to conduct the evaluation in a contact visiting room and that Mr. Ra'id be free of hand restraints and allowed the use of a pen or

pencil. These accommodations are necessary for Dr. Porterfield to conduct testing during the evaluation.

6.      Undersigned counsel has consulted with counsel for the government, Caitlin M. Padula, and she stated that she has no objection to this request.

WHEREFORE, Mr. Ra'id respectfully moves this Court to issue an order directing the administration at the USP-Terre Haute to permit Dr. Porterfield to meet with and evaluate Mr. Ra'id at times that are convenient to the institution and the expert.  A proposed order accompanies this motion.

Respectfully submitted,


/s/ Elizabeth McHugh
Elizabeth McHugh
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Elizabeth_McHugh@fd.org

Dated: January 17, 2023
       Philadelphia, PA

## CERTIFICATE OF SERVICE

I, Elizabeth McHugh, hereby certify that on this 17th day of January, 2023, I electronically filed Movant Nasih Ra'id's Unopposed Motion for Order Authorizing Expert Access with the Clerk of Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Elizabeth McHugh