## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL 2255** |
| | : | **PROCEEDINGS** |
| **ODELL CORLEY, a/k/a** | : | |
| **NASIH RA'ID,** | : | Hon. JON E. DeGUILIO |
| Movant. | : | Chief Judge |
| | : | |

### ORDER

Upon consideration of Movant, Nasih Ra'id's *Unopposed Motion for Order Authorizing Expert Access*, it is hereby ORDERED that Movant's Motion is GRANTED. The United States Penitentiary at Terre Haute ("USP-Terre Haute") is hereby ORDERED to permit clinical psychologist, Dr. Katherine Porterfield, to conduct an examination of Odell Corley a/k/a Nasih Ra'id at a mutually convenient time and date for the expert and USP-Terre Haute.

Dr. Porterfield shall be permitted, if approved by the Warden, to bring the following material into the prison for purposes of administering tests to Mr. Ra'Id: pens, pencils, and blank paper, testing booklet/papers. Mr. Ra'id should be without hand restraints and the examination shall be conducted in the contact visiting room.

BY THE COURT:

_____

JON E. DEGUILIO
Chief Judge
United States District Court