UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. 3:02-CR-116 JD |
| ODELL CORLEY | | |

## ORDER

Defendant Odell Corley filed an unopposed motion for an order directing the Warden of the United States Penitentiary at Terre Haute, Indiana, ("USP-Terre Haute") to permit clinical psychologist, Dr. Katherine Porterfield, to conduct an in-person mental health evaluation of Mr. Corley. Dr. Porterfield needs to evaluate Mr. Corley in relation to his pending § 2255 petition. The Court GRANTS the motion (DE 1053) and ORDERS the Warden of USP-Terre Haute to permit Dr. Katherine Porterfield to examine Mr. Corley at a mutually convenient time and date. The Warden must permit Dr. Porterfield to bring with her the materials she reasonably needs to administer Mr. Corley's evaluation and must provide a room and conditions reasonably suitable for the evaluation.

SO ORDERED.

ENTERED: January 19, 2023

_____/s/ JON E. DEGUILIO_____
Chief Judge
United States District Court