UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:02 CR 116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |
| | ) | |

## GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

Comes now the United States of America, by Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Caitlin Padula and hereby files its request for a brief extension of time:

The government has completed review of the voluminous discovery provided by defense. This Court previously granted until 2/8/2023 to submit additional discovery requests.

The undersigned and co-counsel have been unable to engage in substantive discussions about this matter due to the co-counsel's ongoing medical conditions.  The government requests a brief extension of 30 days to submit these requests to the defense.

1

Defense counsel through Elizabeth McHugh has no objection to this

request.

Respectfully submitted,

Clifford D. Johnson
UNITED STATES ATTORNEY


BY:    /s/Caitlin Padula
Caitlin Padula
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana  46320
Tel:   (219) 937-5500
Fax:  (219) 852-2770
E-mail:  Caitlin.Padula@usdoj.gov