IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA      )
                                            )

v.                                           )         Cause No. 3:02-CR-116
                                            )

ODELL CORLEY a/k/a           )
NASIH RA'ID                   )

## JOINT MOTION TO ENTER PROPOSED DISCOVERY DEADLINES

Pursuant to the Court's order on November 10, 2022, Doc. No. 1052, the parties conferred regarding discovery deadlines on March 24, 2023.  The parties have agreed to the following proposed discovery deadlines, and move that the Court enter an order reflecting that agreement.

- The defendant shall respond the government's interrogatories, requests for admissions, and request for production, and lodge any objections to the government's requests, by **July 13, 2023**.

- The parties shall meet and confer concerning any defense objections by **July 27, 2023**.

- The parties shall file any motions to compel or motions for protective order by **August 10, 2023**, and only after meeting and conferring as to the disputes upon which the motions are based.

- Any supplemental discovery requests shall be submitted by **September 9, 2023**.

- All discovery shall be completed by **November 8, 2023**.

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES     COUNSEL FOR PETITIONER

Clifford D. Johnson

UNITED STATES ATTORNEY

By: /s/ Caitlin Padula

Caitlin Padula

Assistant United States Attorney

5400 Federal Plaza, Suite 1500

Hammond, Indiana 46320

Telephone: (219) 937-5500

Fax: (219) 852-2770

Caitlin.Padula@usdoj.gov

/s/ Aaron J. Stewart

Aaron J. Stewart

U.S. Dept. of Justice

Capital Case Section

1331 F Street, NW, 6th Floor

Washington, DC 20530

Telephone: (202) 320-4385

Aaron.J.Stewart@usdoj.gov

/s/ Elizabeth McHugh

Jennifer Chiccarino

Assistant Federal Defenders

Federal Community Defender Office

For the Eastern District of Pennsylvania

Capital Habeas Unit

601 Walnut Street, Suite 545W

Philadelphia, PA 19106

Telephone: (215) 928-0520

Fax: (215) 928-0826

Elizabeth_Mchugh@fd.org

Jennifer_Chiccarino@fd.org

2

3

## CERTIFICATE OF SERVICE

I, Aaron Stewart, hereby certify that on March 31, 2023, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/Aaron Stewart
AARON STEWART