IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 3:02-CR-116 |
| | ) | |
| ODELL CORLEY a/k/a | ) | |
| NASIH RA'ID | ) | |

### AMENDED JOINT MOTION TO ENTER
### PROPOSED DISCOVERY DEADLINES

Pursuant to the Court's order on November 10, 2022, (ECF Doc. No. 1052), the parties conferred regarding discovery deadlines on March 24, 2023. The parties have agreed to the following proposed discovery deadlines, and move that the Court enter an order reflecting that agreement.[1]

- The defendant shall respond the government's interrogatories, requests for admissions, and request for production, and lodge any objections to the government's requests, by **July 13, 2023**.

- The parties shall meet and confer concerning any defense objections by **July 27, 2023**.

- The parties shall file any motions to compel or motions for protective order by **August 10, 2023**, and only after meeting and conferring as to the disputes upon which the motions are based.

- The parties shall exchange expert reports and expert disclosures, if any, by

---

[1] The parties submitted an earlier motion to set deadlines (ECF. Doc. No. 1058), but are filing this amended motion to account for expert disclosures.

**October 2, 2023.**

- Any supplemental discovery requests shall be submitted by **October 30, 2023**.

- All discovery shall be completed by **December 31, 2023.**

Respectfully Submitted,

COUNSEL FOR THE UNITED STATES

Clifford D. Johnson
UNITED STATES ATTORNEY

By: /s/ Caitlin Padula
Caitlin Padula
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Telephone: (219) 937-5500
Fax: (219) 852-2770
Caitlin.Padula@usdoj.gov

/s/ Aaron J. Stewart
Aaron J. Stewart
U.S. Dept. of Justice
Capital Case Section
1331 F Street, NW, 6th Floor
Washington, DC 20530
Telephone: (202) 320-4385
Aaron.J.Stewart@usdoj.gov

COUNSEL FOR PETITIONER

/s/  Elizabeth McHugh
Jennifer Chiccarino
Assistant Federal Defenders
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Fax: (215) 928-0826
Elizabeth_Mchugh@fd.org
Jennifer_Chiccarino@fd.org

3

**CERTIFICATE OF SERVICE**

I, Aaron Stewart, hereby certify that on April 4, 2023, I electronically filed the foregoing joint motion with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/Aaron Stewart
AARON STEWART

3