UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

     v.

ODELL CORLEY a/k/a
NASIH RA'ID.

Case No. 3:02-CR-116 JD

## **ORDER**

Pursuant to the agreement of the parties, the Amended Joint Motion to Enter Proposed Discovery Deadlines (ECF Doc. No. 1059) is GRANTED.[1] Court enters the following discovery scheduling order:

- The defendant shall respond to the government's interrogatories, requests for admissions, and request for production, and lodge any objections to the government's requests, by **July 13, 2023**.

- The parties shall meet and confer concerning any defense objections by **July 27, 2023**.

- The parties shall file any motions to compel or motions for protective order by **August 10, 2023**, and only after meeting and conferring as to the disputes upon which the motions are based.

- The parties shall exchange expert reports and expert disclosures, if any, by **October 2, 2023.**

- Rebuttal expert reports, if any, are due on **November 2, 2023**;

---

[1] The parties' previous Joint Motion to Enter Proposed Discovery Deadlines (DE 1058) is denied as moot.

2

- Expert depositions, if any, must be completed by **December 15, 2023**;

- Any supplemental discovery requests shall be submitted by **October 30, 2023**.

- All discovery shall be completed by **December 31, 2023.**

No extensions to these deadlines will be granted without a showing of good cause.


SO ORDERED.

ENTERED: April 4, 2023

_____/s/ JON E. DEGUILIO_____
Chief Judge
United States District Court