# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL § 2255** |
| | : | **PROCEEDINGS** |
| **ODELL CORLEY, a/k/a** | : | |
| **NASIH RA'ID,** | : | |
| Movant. | : | |
| | : | |

## MOVANT NASIH RA'ID'S UNOPPOSED MOTION TO AMEND DISCOVERY DEADLINES

On April 4, 2023 this Court, consistent with a schedule agreed upon by the parties, entered discovery deadlines in the instant case. (ECF. Doc. No. 1060). The first deadline requires, *inter alia*, movant to respond to the government's request for production by July 13, 2023. *Id*. Movant has attempted to comply with the schedule, but needs an additional two weeks, until July 27, 2023, to complete a privilege log to adequately respond to the government's requests for production.

To that end, it is requested that each discovery deadline be extended fourteen days so that the parties have adequate time to meet and confer regarding any discovery dispute. Movant conferred with counsel for the government who indicated that they do not oppose the instant motion.

Movant requests that the discovery deadlines be amended as follows:

- The defendant shall respond to the government's interrogatories, requests for admissions, and request for production, and lodge any objection to the government's requests by **July 27, 2023.**

- The parties shall meet and confer concerning any defense objection by **August 10, 2023.**

- The parties shall file any motions to compel or motions for protective order by **August 24, 2023**, and only after meeting and conferring as to the disputes upon which the motions are based.

- The parties shall exchange expert reports and expert disclosures, if any, by **October 16, 2023.**

- Any supplemental discovery requests shall be submitted by **November 13, 2023.**

- All discovery shall be completed by **January 14, 2024.**

Respectfully submitted,

/s/ Elizabeth McHugh
Elizabeth McHugh
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Elizabth_McHugh@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I, Elizabeth McHugh, hereby certify that on this 11th day of July, 2023, I

served the foregoing responses on the following persons via email:

Caitlin Padula
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Caitlin.Padula@usdoj.gov

Aaron J. Stewart
U.S. Department of Justice
Capital Case Section
1331 F Street NW, 6th Floor
Washington, DC 20530
Aaron.J.Stewart@usdoj.gov

/s/ Elizabeth McHugh