UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cause No. 3:02 CR 00116 |
| | ) | |
| ODELL CORLEY | ) | |
| A/K/A | ) | |
| NASIH RA'ID | ) | |

## AGREED MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Caitlin M. Padula, Assistant United States Attorney, and the defendant Odell Corley, through counsel Elizabeth McHugh, and represent to the Court the following:

1.    On July 27, 2023, defense counsel responded to the government interrogatories, requests for admission and requests for production.

2.    The parties' deadline to meet and confer about the responses is August 10, 2023 (DE 1065).

3.    Due to calendar conflicts between the parties, the parties are seeking a brief extension of time until August 15, 2023, to confer about responses.

4.    The parties are not requesting alteration of any other dates currently set in the matter.

5.  Defense counsel Elizabeth McHugh joins in this request.

WHEREFORE, for the reasons stated above, the parties request a brief continuance of the deadline to meet and confer.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

BY:    */s/Caitlin M. Padula*
Caitlin M. Padula
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana  46320
Tel:   (219) 937-5500
Fax:  (219) 852-2770
E-mail: Caitlin.Padula@usdoj.gov