# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:02-CR-116 |
| Respondent, | : | |
| | : | |
| **v.** | : | **CAPITAL 2255** |
| | : | **PROCEEDINGS** |
| **ODELL CORLEY, a/k/a** | : | |
| **NASIH RA'ID,** | : | |
| Movant. | : | |
| | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(2), counsel for Movant Nasih

Ra'id hereby provides notice to the Court that Mr. Ra'id passed away on December 1,

2023.

Respectfully submitted,

/s/ Elizabeth McHugh
Elizabeth McHugh
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545W
(215) 928-0520
(215) 928-0826 (fax)
Elizabth_McHugh@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I, Elizabeth McHugh, hereby certify that on this 4th day of December, 2023, I

served the foregoing responses on the following persons via ECF:

Caitlin Padula
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Caitlin.Padula@usdoj.gov

Aaron J. Stewart
U.S. Department of Justice
Capital Case Section
1331 F Street NW, 6th Floor
Washington, DC 20530
Aaron.J.Stewart@usdoj.gov


/s/ Elizabeth McHugh