UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA )
)
    v. )     Cause No. 3:02 CR 00116
)
ODELL CORLEY )

## JOINT MOTION TO DISMISS

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Caitlin M. Padula, Assistant United States Attorney and Elizabeth McHugh, counsel for Odell Corley, and respectfully moves this Honorable Court to dismiss the pending § 2255 petition for mootness.

Defendant Corley died on December 1, 2023. A death certificate is not yet available but the Bureau of Prisons has confirmed his death. A justiciable case or controversy must exist at all stages of review. *United States v. Bernegger,* 797 Fed. App'x 270, 271 (7th Cir. 2020) (per curiam). His case no longer presents a live controversy. The 2255 appeal should be dismissed as moot. *See United States v. Munsingwear, Inc.* 340 U.S. 36 (1950), *see also Dove v. United States,* 423 U.S. 325 (1976).

The undersigned has consulted with Elizabeth McHugh, counsel to Corley. Ms. McHugh has indicated she agrees with the motion to dismiss the pending §2255 motion for mootness.

WHEREFORE, the Parties jointly move this Honorable Court to dismiss the pending § 2255 petition for mootness.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

*s/ Caitlin M. Padula*
Caitlin M. Padula
Assistant United States Attorney
United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Caitlin.padula@usdoj.gov

2