AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

ODELL CORLEY;

          Petitioner

     v.                       **Civil Action No.**    3:10cv22
                                      (Arising from 3:02cr116)

UNITED STATES OF AMERICA;

          Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____ the amount of
_____ dol lars ($_____), which includes
prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____%
per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ r ecover costs from the plaintiff *(name)*
_____.

**X** other:  The Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 is DISMISSED AS MOOT._____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ wi thout a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a Joint Motion to Dismiss._____

DATE:___12/13/2023_____      *Chanda J. Berta, Clerk of Court*

                         by_____S/ J. Darrah_____
                                *Signature of Clerk or Deputy Clerk*