UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

South Bend Division

United States of America

Plaintiff

v.

Case No. 3:02cr116

Odell Corley

Defendant

**NOTICE**

The exhibits in the above entitled closed action are currently being housed in the office of the Clerk.  Please notify the below-named Deputy Clerk to arrange a date and time to pick up these exhibits.  If no response to this notice is received within thirty (30) days, the exhibits will be destroyed.

Chanda J. Berta, Clerk of Court

Dated: 12/18/23

By: s/ D. Johnson

Deputy Clerk

CC:

574-246-8082

Telephone No.