UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

South Bend Division

United States of America
Plaintiff

v.

Case No. 3:02cr116

Odell Corley
Defendant

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

**(Designate by Number or Letter)**

Pltf. Exhibit:

All Trial exhibits

Deft. Exhibit:

Dated: 1/2/2024

Melanie Bolanger
Name

204 Main St    USA
Street Address

South Bend    IN    46601
City    State   Zip Code

574-236-8287
Telephone No.